AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| Southern | District of | New York |

SAMUEL L. JONES, JR.,

        Plaintiff,

        V.

INFINITY BROADCASTING CORPORATION
OF WASHINGTON, D.C. n/k/a CBS
RADIO INC. OF WASHINGTON, D.C.,

        Defendant.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

# '07 CIV 5693

## JUDGE JONES

TO: (Name and address of Defendant)
Infinity Broadcasting Corporation of Washington, D.C.
  n/k/a CBS Radio Inc. of Washington, D.C.
1515 Broadway
New York, New York 10036

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Lebensfeld Borker Sussman & Sharon LLP
2 Penn Plaza, Suite 1980
New York, New York 10121

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

'JUN 1 4 2007

CLERK                               DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | July 13, 2007 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Joel Wittlin | Paralegal |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 51 West 52nd St., New York, NY 10019 and
1515 Broadway, New York, NY 10036

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): On July 13, 2007 at 3:57 p.m., I appeared at 51 W. 52nd Street, the address of defendant and its authorized agent, Adrienne Harrington. I was directed by security to the mailroom where two copies of the Summons and Complaint were delivered to an individual (Frederick "Doe") who advised that such packages would be hand delivered to the Legal Department and to*

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| WAIVED | WAIVED | $0.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    7/16/07
                Date

Signature of Server
Joel Wittlin

2067 E. 27th St., B'klyn, NY 11229
*Address of Server*

*Ms. Harrington.

I also appeared at 4:15 p.m., on July 13, 2007 at the offices of CBS Radio Inc. at 1515 Broadway, where I was escorted to the fifty-second floor Legal Department and delivered a copy of the Summons and Complaint to one Joseph Molko.

In both instances, (1) copies of the Individual Rules of Judges Jones and Peck were also delivered and (2) additional copies of all papers were mailed to the defendant at the above addresses.

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.