## AFFIDAVIT OF SERVICE

### UNITED STATES DISTRICT COURT
### Southern District of New York

Index Number: 07 CIV 5693 (BSJ)(AJP)

Date Filed: 7/16/2007

Plaintiff:
SAMUEL L. JONES, JR.,

vs.

Defendant:
INFINITY BROADCASTING CORPORATION OF WASHINGTON D.C.
n/k/a CBS RADIO INC. OF WASHINGTON, D.C.

For:
Lebensfeld Borker Sussman & Sharon LLP
Two Penn Plaza
Suite 1980
New York, NY 10121

Received these papers to be served on **DEBEVOISE & PLIMPTON LLP, located at 919 Third Avenue, New York, New York 10022.**

I, Baldeo Chetram, being duly sworn, depose and say that on the **17th day of July, 2007 at 4:17 pm, I:**

Served the above named Entity by delivering a true copy of the **Summons In A Civil Action, Amended Complaint, Civil Cover Sheet (Filed June 14, 2007) & Individual Practices of Judge Barbara S. Jones and Magistrate Judge Andrew J. Peck** to Dana Sanders, Law Clerk, as authorized to accept on behalf of the above named Entity.

**Description** of Person Served: Age: 31, Sex: F, Race/Skin Color: Brown, Height: 5'6", Weight: 145, Hair: Black, Glasses: N

I am over the age of 18, am not a party in the above action, and am a Certified Process Server, in good standing, in the jurisdiction in which the process was served.

Subscribed and sworn to before me on the 18th day of July, 2007 by the affiant who is personally known to me.

Tina A. McCarthy
Notary Public, State of New York
No. 01MC6115830
Qualified in Bronx County
Commission Expires 09/13/2008

Baldeo Chetram
Process Server

Our Job Serial Number: 2007002957
Ref: 07 CIV 5693 (BSJ)(AJP)

Copyright © 1992-2005 Database Services, Inc. - Process Server's Toolbox V5.5j