Bruce P. Keller (BK-9300)  
Jeremy Feigelson (JF-4963)  
DEBEVOISE & PLIMPTON LLP  
919 Third Avenue  
New York, New York 10022  
(212) 909-6000  

ELECTRONICALLY FILED

*Attorneys for Defendant and Third Party/Counterclaim Plaintiff*  
*Infinity Broadcasting Corporation of Washington, D.C. n/k/a*  
*CBS Radio Inc. of Washington, D.C.*

UNITED STATES DISTRICT COURT  
SOUTHERN DISTRICT OF NEW YORK  
------------------------------------------------------------------------x  

| | | |
|---|---|---|
| SAMUEL L. JONES JR., | : | |
| Plaintiff, | : | No. 07 Civ. 5693 (BSJ) (AJP) |
| -against- | : | |
| INFINITY BROADCASTING CORPORATION OF WASHINGTON, D.C. n/k/a CBS RADIO INC. OF WASHINGTON, D.C., | : : : | **DISCLOSURE STATEMENT PURSUANT TO** <u>**FED. R. CIV.P. 7.1**</u> |
| Defendant. | : | |

------------------------------------------------------------------------x  

| | |
|---|---|
| INFINITY BROADCASTING CORPORATION OF WASHINGTON, D.C. n/k/a CBS RADIO INC. OF WASHINGTON, D.C., | : : : |
| Counterclaimant and Third-Party Plaintiff, | : |
| -against- | : |
| SAMUEL L. JONES JR., | : |
| Counterclaim Defendant, and | : |
| RADIO ONE, INC., | : |
| Third-Party Defendant. | : : x |

Pursuant to Federal Rule of Civil Procedure 7.1, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant and Third Party/Counterclaim Plaintiff Infinity Broadcasting Corporation of Washington, D.C. n/k/a CBS Radio Inc. of Washington, D.C., a private non-governmental party, certifies that it is an indirect wholly-owned subsidiary of CBS Radio Inc.  CBS Radio Inc. f/k/a Infinity Broadcasting Corp. is a wholly-owned subsidiary of CBS Broadcasting Inc., which is an indirect wholly-owned subsidiary of CBS Corporation, a publicly traded company.

Dated: New York, New York
July 20, 2007

        Respectfully submitted,

        DEBEVOISE & PLIMPTON LLP

        By: _____/s/ Bruce P. Keller__

        Bruce P. Keller
        Jeremy Feigelson
        919 Third Avenue
        New York, New York 10022
        (212) 909-6000

*Attorneys for Defendant and Third-Party/Counterclaim-Plaintiff Infinity Broadcasting Corporation of Washington, D.C. n/k/a CBS Radio Inc. of Washington, D.C.*