UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

Samuel L. Jones, Jr.
       Plaintiff,

v.

Infinity Broadcasting Corp. of Washington,
D.C. k/k/a CBS Radio Inc. of
Washington, D.C.    Defendant.
----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: 07 CV 5963
DATE FILED: 7/24/07

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

07 Civ. 5963 (BSJ)(AJP)

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

☒ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

__ Specific Non-Dispositive Motion/Dispute:*

_____

__ If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

__ Settlement*

__ Inquest After Default/Damages Hearing

__ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

__ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)
   Purpose:_____

__ Habeas Corpus

__ Social Security

__ Dispositive Motion (i.e., motion requiring a Report and Recommendation)
   Particular Motion:_____

   All such motions:_____

* Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED: New York, New York
       7/24/07

_____
United States District Judge