ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/25/07
```

SAMUEL L. JONES JR., )
)
      Plaintiff, )
  - against - )
)
INFINITY BROADCASTING CORP. OF )
WASHINGTON, D.C. n/k/a C.B.S. RADIO )
INC. OF WASHINGTON, D.C., )
)
      Defendant. )
)

07 Civ. 5693 (BSJ)

BOND NO. 104913898
PRELIMINARY INJUNCTION

    WHEREAS, the above named Defendant INFINITY BROADCASTING CORP. OF WASHINGTON, D.C. n/k/a C.B.S. RADIO INC. OF WASHINGTON, D.C., has moved for and obtained a Preliminary Injunction in the above entitled matter preliminarily enjoining SAMUEL L. JONES JR. and RADIO ONE, INC., and all those acting in concert or participation with them, from using the HUGGY LOWDOWN trademark in any way in connection with radio broadcast or promotion within the Washington, D.C. Total Survey Area, as defined by the Arbitron ratings service, until May 26, 2008. The Order was granted by The Honorable Barbara S. Jones, U.S.D.J., on July 24, 2007, under and by virtue of the Federal Rules of Civil Procedure upon the posting of an undertaking in the sum of TWO HUNDRED FIFTY THOUSAND AND 00/100 DOLLARS ($250,000.00).

    NOW, THEREFORE, TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, having an office and principal place of business in the State of New York, at 485 Lexington Avenue, New York, NY 10017, as Surety, authorized to conduct business in the State of New York, does hereby undertake that Defendant INFINITY BROADCASTING CORP. OF WASHINGTON, D.C. n/k/a C.B.S. RADIO INC. OF WASHINGTON, D.C., will pay to SAMUEL L. JONES JR. and RADIO ONE, INC., so enjoined, such damages and costs not exceeding TWO HUNDRED FIFTY THOUSAND AND 00/100 DOLLARS ($250,000.00), as they may sustain by reason of the Preliminary Injunction, if the Court shall finally decide that the Defendant was not entitled thereto: such damages and costs to be ascertained by a reference, or otherwise as the Court shall direct.

Dated: NEW YORK, NEW YORK
      July 24, 2007

TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA

BY: _____
    Elizabeth Marrero, Attorney-in-Fact

Approved
7/25/07
S. Michael M. Mahn
Clerk
By _____
Deputy

# ACKNOWLEDGEMENT OF SURETY

STATE OF <u>NEW YORK</u>)

COUNTY OF <u>NEW YORK</u>)    SS:

On this <u>24</u>th day of <u>July</u>, 20<u>07</u>, before me personally appeared, <u>Elizabeth Marrero</u>, who is to me well known, who being by me duly sworn, did depose and say that he/she resides in <u>New York, NY</u>, and that he/she is the Attorney-in-Fact of <u>Travelers Casualty and Surety Company of America</u>, the corporation described in and who executed the within instrument as Surety; and that he/she signed his/her name thereto by order of the Board of Directors of said Corporation.

*Valorie M. Spates*

Notary Public or Commissioner of Deeds

VALORIE M. SPATES
Notary Public, State of New York
No. 01SP6135425
Qualified in Queens County
Commission Expires Oct. 17, 2009

## CERTIFICATE OF SOLVENCY UNDER SECTION 1111 OF THE NEW YORK INSURANCE LAW

STATE OF NEW YORK

INSURANCE DEPARTMENT

It is hereby certified that

**TRAVELERS CASUALTY & SURETY COMPANY OF AMERICA**
of Hartford, Connecticut

a corporation organized under the laws of the State of Connecticut, and duly authorized to transact the business of insurance in this State, is qualified to become surety or guarantor on all bonds, undertakings, recognizances, guaranties and other obligations required or permitted by law; and that the said corporation is possessed of a capital and surplus including gross paid-in and contributed surplus and unassigned funds (surplus) aggregating the sum of $1,127,900,751 (Capital $6,000,000) as is shown by its sworn financial statement for the year ended December 31, 2006 on file in this Department, prior to audit.

The said corporation cannot lawfully expose itself to loss on any one risk or hazard to an amount exceeding 10% of its surplus to policyholders, unless it shall be protected in excess of that amount in the manner provided in Section 4118 of the Insurance Law of this State.



In Witness Whereof, I have hereunto set my hand and affixed the official seal of this Department at the City of Albany, this 2nd day of May, 2007.

Eric R. Dinallo
Superintendent of Insurance

By
Salvatore Castiglione
Special Deputy Superintendent

http://www.ins.state.ny.us

# State of New York

# INSURANCE DEPARTMENT

**WHEREAS IT APPEARS THAT**

## Travelers Casualty and Surety Company

| | |
|---|---|
| Home Office Address | Hartford, Connecticut |
| Organized under the Laws of | Connecticut |

has complied with the necessary requirements of or pursuant to law, it is hereby

licensed to do within this State the business of

accident and health, fire, miscellaneous property, water damage, burglary and theft, glass, boiler and machinery, elevator, collision, personal injury liability, property damage liability, workers' compensation and employers' liability, fidelity and surety, credit, motor vehicle and aircraft physical damage, marine and inland marine, marine protection and indemnity, residual value, gap, and service contract reimbursement insurance, as specified in paragraph(s) 3, 4, 5, 6, 7, 8, 9, 10, 12, 13, 14, 15, 16, 17, 19, 20, 21, 22, 26(A)(B)(C)(D), and 28 of Section 1113(a) of the New York Insurance Law, and also such workers' compensation insurance as may be incident to coverages contemplated under paragraphs 20 and 21 of Section 1113(a), including insurances described in the Longshoremen's and Harbor Workers' Compensation Act (Public Law No. 803, 69 Cong. as amended; 33 USC Section 901 et seq. as amended) and as authorized by Section 4102(c), reinsurance of every kind or description to the extent permitted by certified copy of its charter document on file in this Department until July 1, 2008.



In Witness Whereof, I have hereunto set my hand and affixed the official seal of this Department at the City of Albany, New York, this 1st day of July, 2007.

Eric R. Dinallo
Superintendent

By *[signature]*

Salvatore Castiglione
Special Deputy Superintendent

Original on Watermarked Paper



# POWER OF ATTORNEY

| Farmington Casualty Company | St. Paul Guardian Insurance Company |
| Fidelity and Guaranty Insurance Company | St. Paul Mercury Insurance Company |
| Fidelity and Guaranty Insurance Underwriters, Inc. | Travelers Casualty and Surety Company |
| Seaboard Surety Company | Travelers Casualty and Surety Company of America |
| St. Paul Fire and Marine Insurance Company | United States Fidelity and Guaranty Company |

Attorney-In Fact No. 218261

Certificate No. 001649619

**KNOW ALL MEN BY THESE PRESENTS:** That Seaboard Surety Company is a corporation duly organized under the laws of the State of New York, that St. Paul Fire and Marine Insurance Company, St. Paul Guardian Insurance Company and St. Paul Mercury Insurance Company are corporations duly organized under the laws of the State of Minnesota, that Farmington Casualty Company, Travelers Casualty and Surety Company, and Travelers Casualty and Surety Company of America are corporations duly organized under the laws of the State of Connecticut, that United States Fidelity and Guaranty Company is a corporation duly organized under the laws of the State of Maryland, that Fidelity and Guaranty Insurance Company is a corporation duly organized under the laws of the State of Iowa, and that Fidelity and Guaranty Insurance Underwriters, Inc. is a corporation duly organized under the laws of the State of Wisconsin (herein collectively called the "Companies"), and that the Companies do hereby make, constitute and appoint

Robert McDonough, Glenn Pelletiere, Betty Calderon, Debra A. Deming, Vivian Carti, Halina Kazmierczak, Cynthia Farrell, Sandra Diaz, Elizabeth Marrero, Thomas Rhatigan, Evangelina L. Dominick, Annette Leuschner, and Michael Kubis

of the City of __New York__, State of __New York__, their true and lawful Attorney(s)-in-Fact, each in their separate capacity if more than one is named above, to sign, execute, seal and acknowledge any and all bonds, recognizances, conditional undertakings and other writings obligatory in the nature thereof on behalf of the Companies in their business of guaranteeing the fidelity of persons, guaranteeing the performance of contracts and executing or guaranteeing bonds and undertakings required or permitted in any actions or proceedings allowed by law.

**IN WITNESS WHEREOF**, the Companies have caused this instrument to be signed and their corporate seals to be hereto affixed, this __2nd__ day of __February__, __2007__.

*WARNING: THIS POWER OF ATTORNEY IS INVALID WITHOUT THE RED BORDER*

| Farmington Casualty Company | St. Paul Guardian Insurance Company |
| Fidelity and Guaranty Insurance Company | St. Paul Mercury Insurance Company |
| Fidelity and Guaranty Insurance Underwriters, Inc. | Travelers Casualty and Surety Company |
| Seaboard Surety Company | Travelers Casualty and Surety Company of America |
| St. Paul Fire and Marine Insurance Company | United States Fidelity and Guaranty Company |

State of Connecticut
City of Hartford ss.

By: _George W. Thompson, Senior Vice President_

On this the __2nd__ day of __February__, __2007__, before me personally appeared George W. Thompson, who acknowledged himself to be the Senior Vice President of Farmington Casualty Company, Fidelity and Guaranty Insurance Company, Fidelity and Guaranty Insurance Underwriters, Inc., Seaboard Surety Company, St. Paul Fire and Marine Insurance Company, St. Paul Guardian Insurance Company, St. Paul Mercury Insurance Company, Travelers Casualty and Surety Company, Travelers Casualty and Surety Company of America, and United States Fidelity and Guaranty Company, and that he, as such, being authorized so to do, executed the foregoing instrument for the purposes therein contained by signing on behalf of the corporations by himself as a duly authorized officer.

In Witness Whereof, I hereunto set my hand and official seal.
My Commission expires the 30th day of June, 2011.

_Marie C. Tetreault, Notary Public_

58440-8-06 Printed in U.S.A.

WARNING: THIS POWER OF ATTORNEY IS INVALID WITHOUT THE RED BORDER

## TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA
### HARTFORD, CONNECTICUT 06183
### FINANCIAL STATEMENT AS OF DECEMBER 31, 2006
### AS FILED IN THE STATE OF NEW YORK
### CAPITAL STOCK $ 6,000,000

| ASSETS | | LIABILITIES & SURPLUS | |
|---|---|---|---|
| CASH & INVESTED CASH | $ 114,060,791 | UNEARNED PREMIUMS | $ 724,600,436 |
| BONDS | 2,912,711,571 | LOSSES | 872,911,753 |
| STOCK | 14,665,186 | LOSS ADJUSTMENT EXPENSES | 128,755,154 |
| INVESTMENT INCOME DUE AND ACCRUED | 34,976,981 | COMMISSIONS | 28,075,928 |
| PREMIUM BALANCES | 166,157,296 | TAXES, LICENSES AND FEES | 21,233,762 |
| REINSURANCE RECOVERABLE | 3,954,077 | OTHER EXPENSES | 30,823,925 |
| NET DEFERRED TAX ASSET | 42,799,280 | DIVIDENDS | 7,056,260 |
| CEDED DEPOSIT ASSET | 6,194,822 | CURRENT FEDERAL AND FOREIGN INCOME TAXES | 36,729,882 |
| STATE SURCHARGES RECEIVABLE | 149,490 | CEDED REINSURANCE NET PREMIUMS PAYABLE | (4,961,682) |
| OTHER ASSETS | (4,414,080) | FUNDS HELD UNDER REINSURANCE TREATIES | 89,054,332 |
| | | AMOUNTS WITHHELD / RETAINED BY COMPANY FOR OTHERS | 39,096,839 |
| | | REMITTANCES AND ITEMS NOT ALLOCATED | 60,285,233 |
| | | PROVISION FOR REINSURANCE | 6,369,561 |
| | | PAYABLE TO PARENT, SUBSIDIARIES & AFFILIATES | 86,256,776 |
| | | PAYABLE FOR SECURITIES | 4,975,100 |
| | | RETROACTIVE REINSURANCE RESERVE ASSUMED | 20,845,771 |
| | | OTHER ACCRUED EXPENSES AND LIABILITIES | 119,334 |
| | | **TOTAL LIABILITIES** | **$ 2,164,276,352** |
| | | CAPITAL STOCK | $ 6,000,000 |
| | | PAID IN SURPLUS | 303,297,402 |
| | | OTHER SURPLUS | 817,840,802 |
| | | **TOTAL SURPLUS TO POLICYHOLDERS** | **$ 1,127,138,204** |
| **TOTAL ASSETS** | **$ 3,291,414,535** | **TOTAL LIABILITIES & SURPLUS** | **$ 3,291,414,535** |

STATE OF CONNECTICUT    )
COUNTY OF HARTFORD      )SS.
CITY OF HARTFORD        )

LAWRENCE A. SIUTA, BEING DULY SWORN, SAYS THAT HE IS CHIEF FINANCIAL OFFICER - TRAVELERS BOND & FINANCIAL PRODUCTS, OF TRAVELERS CASUALTY SURETY COMPANY OF AMERICA, AND THAT TO THE BEST OF HIS KNOWLEDGE AND BELIEF, THE FOREGOING IS A TRUE AND CORRECT STATEMENT OF THE FINANCIAL CONDITION OF SAID COMPANY AS OF THE 31st DAY OF DECEMBER, 2006.

_[signature]_
CHIEF FINANCIAL OFFICER - TRAVELERS BOND & FINANCIAL PRODUCTS

_[signature]_
NOTARY PUBLIC

SUBSCRIBED AND SWORN TO BEFORE ME THIS
29TH DAY OF MARCH, 2007

Anna P. Nowik Notary Public
My Commission Expires June 30, 2011