Bruce P. Keller (BK-9300)                          ELECTRONICALLY FILED
Jeremy Feigelson (JF-4963)
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York 10022
(212) 909-6000

*Attorneys for Defendant and Third-Party/Counterclaim-Plaintiff*
*Infinity Broadcasting Corporation of Washington, D.C. n/k/a*
*CBS Radio Inc. of Washington, D.C.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------x

SAMUEL L. JONES JR.,                                        :

        Plaintiff,                                       :   No. 07 Civ. 5693 (BSJ) (AJP)

   -against-                                                :

INFINITY BROADCASTING CORPORATION OF     :   **DECLARATION OF**
WASHINGTON, D.C. n/k/a CBS RADIO INC. OF           **BRUCE P. KELLER**
WASHINGTON, D.C.,                                           :

        Defendant.

                                               :

-----------------------------------------------------------------------x

INFINITY BROADCASTING CORPORATION OF     :
WASHINGTON, D.C. n/k/a CBS RADIO INC. OF
WASHINGTON, D.C.,                                           :

        Counterclaimant and Third-Party Plaintiff,     :

   -against-                                                :

SAMUEL L. JONES JR.,                                        :

        Counterclaim Defendant, and                   :

RADIO ONE, INC.,                                             :

        Third-Party Defendant.                         x

Bruce P. Keller hereby declares as follows:

1.      I am a member of the bar of the State of New York, a member of the bar of this Court and a member of Debevoise & Plimpton LLP, counsel to defendant Infinity Broadcasting Corporation of Washington, D.C. n/k/a CBS Radio Inc. of Washington, D.C. ("CBS Radio") in this matter.  I submit this declaration on personal knowledge in support of CBS Radio's application for a preliminary injunction.  The purpose of this declaration is to put before the Court certain documents that are relevant to CBS Radio's application.

2.      On Saturday, July 21, 2007, I requested that Stephen Sussman, counsel for Samuel L. Jones Jr., provide CBS Radio and the Court with a copy of Mr. Jones's June 11, 2007 employment agreement ("6/11/07 Agreement") with Radio One, Inc. ("Radio One") because it was not made part of Plaintiff's opposition papers.  Attached as Exhibit 1 is a true and correct copy of the letter I sent to Mr. Sussman on July 21, 2007.

3.      Mr. Sussman provided CBS Radio with a copy of the 6/11/07 Agreement, designated as "Attorneys' Eyes Only," on Saturday afternoon, July 21, 2007.

4.      As of approximately 2:00 p.m. on Sunday, July 22, 2007, Mr. Sussman informed me that Radio One had withdrawn the "Attorneys' Eyes Only" designation. Attached as Exhibit 2 is a true and correct copy of the e-mail correspondence documenting the withdrawal of the designation.

2

22522511v1

5.      Attached as Exhibit 3 is a true and correct copy of the 6/11/07 Agreement

provided to us and represented to be the current employment agreement between Mr.

Jones and Radio One.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at New York, New York this 22nd day of July 2007.

                                  _____/s/ Bruce P. Keller_____
                                       Bruce P. Keller