Bruce P. Keller (BK-9300)  
Jeremy Feigelson (JF-4963)  
DEBEVOISE & PLIMPTON LLP  
919 Third Avenue  
New York, New York 10022  
(212) 909-6000  

ELECTRONICALLY FILED

*Attorneys for Defendant and Third-Party/Counterclaim-Plaintiff Infinity Broadcasting Corporation of Washington, D.C. n/k/a CBS Radio Inc. of Washington, D.C.*

UNITED STATES DISTRICT COURT  
SOUTHERN DISTRICT OF NEW YORK  
------------------------------------------------------------------------x  

| | |
|---|---|
| SAMUEL L. JONES JR., | : |
| Plaintiff, | : No. 07 Civ. 5693 (BSJ) (AJP) |
| -against- | : |
| INFINITY BROADCASTING CORPORATION OF WASHINGTON, D.C. n/k/a CBS RADIO INC. OF WASHINGTON, D.C., | : **DECLARATION OF <u>BRUCE P. KELLER</u>** |
| Defendant. | : **EXHIBIT 1** |
| | : |

------------------------------------------------------------------------x  

| | |
|---|---|
| INFINITY BROADCASTING CORPORATION OF WASHINGTON, D.C. n/k/a CBS RADIO INC. OF WASHINGTON, D.C., | : |
| Counterclaimant and Third-Party Plaintiff, | : |
| -against- | : |
| SAMUEL L. JONES JR., | : |
| Counterclaim Defendant, and | : |
| RADIO ONE, INC., | : |
| Third-Party Defendant. | x |

22525486v1

**EXHIBIT 1**

DEBEVOISE & PLIMPTON LLP

919 Third Avenue
New York, NY 10022
Tel  212 909 6000
Fax  212 909 6836
www.debevoise.com

July 21, 2007

BY FACSIMILE AND EMAIL

Stephen Sussman
Lebensfeld Borker Sussman & Sharon LLP
Two Penn Plaza, Suite 1980
New York, New York 10121

**Samuel L. Jones Jr. v. Infinity Broadcasting Corporation of Washington, D.C. n/k/a CBS Radio Inc. of Washington, D.C., 07 Civ. 5693 (BSJ)(AJP)**

Dear Mr. Sussman:

    In your opposition papers, you repeatedly make several arguments based on Mr. Jones's current agreement with Radio One, Inc. In order to respond fully to those arguments and so that we can provide the Court with a complete factual record on which to rule, we require a copy of that agreement no later than twelve o'clock, noon, today, July 21, 2007. You may fax it to me at 212 521 7118. We also will need Mr. Jones available for testimony on Monday.

    Additionally, in case you did not receive a copy yesterday at the courthouse, attached to this letter is a copy of the Order to Show Cause, endorsed by the Court yesterday.

Very truly yours,

Bruce P. Keller

Attachment

22522308v1

New York • Washington, D.C. • London • Paris • Frankfurt • Moscow • Hong Kong • Shanghai