Bruce P. Keller (BK-9300)  ELECTRONICALLY FILED
Jeremy Feigelson (JF-4963)
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York 10022
(212) 909-6000

*Attorneys for Defendant and Third-Party/Counterclaim-Plaintiff*
*Infinity Broadcasting Corporation of Washington, D.C. n/k/a*
*CBS Radio Inc. of Washington, D.C.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------x
SAMUEL L. JONES JR.,                                :

    Plaintiff,                                   :   No. 07 Civ. 5693 (BSJ) (AJP)

  -against-                                          :

INFINITY BROADCASTING CORPORATION OF        :   **DECLARATION OF**
WASHINGTON, D.C. n/k/a CBS RADIO INC. OF        **BRUCE P. KELLER**
WASHINGTON, D.C.,                                   :
                                                        **EXHIBIT 2**
    Defendant.
                                                    :
-----------------------------------------------------------------------x
INFINITY BROADCASTING CORPORATION OF        :
WASHINGTON, D.C. n/k/a CBS RADIO INC. OF
WASHINGTON, D.C.,                                   :

    Counterclaimant and Third-Party Plaintiff,  :

  -against-                                          :

SAMUEL L. JONES JR.,                                :

    Counterclaim Defendant, and
                                                    :
RADIO ONE, INC.,
                                                    :
    Third-Party Defendant.                   x

22525486v1

**EXHIBIT 2**

```
----- Original Message -----
From: Steve Sussman <Steve.Sussman@lbands.com>
To: Keller, Bruce P.
Sent: Sun Jul 22 14:06:41 2007
Subject: RE: SLJ Agreement

I am authorized to withdraw the designation.
```

---

```
From: Keller, Bruce P. [mailto:bpkeller@debevoise.com]
Sent: Saturday, July 21, 2007 3:35 PM
To: Steve Sussman
Subject: RE: SLJ Agreement
```

Thank you.

I am going to refer to its terms generally in our reply. I will not refer to any in detail and will not disclose any consideration. If you have particular provisions we should consider redacting, please let me know. Otherwise, we will have to submit it in camera on Monday and I doubt the Court will appreciate that

---

```
From: Steve Sussman [mailto:Steve.Sussman@lbands.com]
Sent: Saturday, July 21, 2007 12:27 PM
To: Keller, Bruce P.
Subject: FW: SLJ Agreement
```

Bruce,

As discussed, here is the Radio One/Jones agreement. It is transmitted on the basis of "Attorneys' Eyes Only," a designation that is subject to further discussion after I reach Radio One personnel. I have struck out on all my contact numbers/emails thus far.

This will confirm that we will produce Mr. Jones at 3 p.m. on Monday. We would like the opportunity to cross-examine Messrs. Rouse, Rogers and McMillian.

1

Regards,

Steve

---

From: Joel Wittlin
Sent: Saturday, July 21, 2007 10:44 AM
To: Steve Sussman
Subject: SLJ Agreement

See attached.

CONFIDENTIALITY NOTICE: This information is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential, and/or exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any dissemination of this information is strictly prohibited. If you have received this information in error, please notify us immediately by telephone and confirm that you have destroyed this information and any copies. Thank you!

Lebensfeld Borker Sussman & Sharon LLP . 140 Broad Street . Red Bank, NJ 07701 . 732.530.4600
 2 Penn Plaza - Suite 1980 . New York, NY 10121 . 212.594.2030