Bruce P. Keller (BK-9300)  
Jeremy Feigelson (JF-4963)  
DEBEVOISE & PLIMPTON LLP  
919 Third Avenue  
New York, New York 10022  
(212) 909-6000  

ELECTRONICALLY FILED

*Attorneys for Defendant and Third Party/Counterclaim Plaintiff*  
*Infinity Broadcasting Corporation of Washington, D.C. n/k/a*  
*CBS Radio Inc. of Washington, D.C.*

UNITED STATES DISTRICT COURT  
SOUTHERN DISTRICT OF NEW YORK  
------------------------------------------------------------------------x

| | |
|---|---|
| SAMUEL L. JONES JR., | : |
| Plaintiff, | : No. 07 Civ. 5693 (BSJ) (AJP) |
| -against- | : |
| INFINITY BROADCASTING CORPORATION OF WASHINGTON, D.C. n/k/a CBS RADIO INC. OF WASHINGTON, D.C., | : **[PROPOSED] ORDER TO SHOW CAUSE FOR PRELIMINARY INJUNCTION AND TEMPORARY RESTRAINING ORDER** |
| Defendant. | : |

------------------------------------------------------------------------x

| | |
|---|---|
| INFINITY BROADCASTING CORPORATION OF WASHINGTON, D.C. n/k/a CBS RADIO INC. OF WASHINGTON, D.C., | : |
| Counterclaimant and Third-Party Plaintiff, | : |
| -against- | : |
| SAMUEL L. JONES JR., | : |
| Counterclaim Defendant, and | : |
| RADIO ONE, INC., | : |
| Third-Party Defendant. | x |

Upon the accompanying declarations of Jeremy Feigelson, Marissa M. Grimes, Christopher Paul McMillian, Samuel Rogers and Reggie Rouse together with the exhibits annexed thereto and all pleadings and proceedings had herein,

IT IS HEREBY ORDERED, that Samuel L. Jones Jr. ("Jones") and Radio One, Inc. ("Radio One") show cause before the Hon. Barbara S. Jones, United States District Judge, at Courtroom 18B in the United States Courthouse located at 500 Pearl Street, New York, New York on July __, 2007 at _____ __.m. or as soon thereafter as counsel can be heard, why a PRELIMINARY INJUNCTION should not issue, pursuant to Rule 65 of the Federal Rules of Civil Procedure, pending final disposition of this action, enjoining Jones and Radio One and their officers, directors, agents, representatives, successors or assigns, and all persons acting in concert or in participation with any of them, from using the HUGGY LOWDOWN mark in any way in connection with any radio broadcast or promotion within the Washington, D.C. "Total Survey Area" as defined by Arbitron (http://www.arbitron.com/Radio_Stations/reference.htm) through May 26, 2008.

IT IS FURTHER ORDERED, pursuant to Rule 65(b) of the Federal Rules of Civil Procedure, that pending the hearing and determination of Defendant's application for a preliminary injunction, Jones and Radio One and all those acting in concert or participation with them BE, AND HEREBY ARE, TEMPORARILY RESTRAINED from using the HUGGY LOWDOWN mark in any way in connection with any radio broadcast or promotion within the Washington, D.C. Total Survey Area.

IT IS FURTHER ORDERED that, sufficient cause having been shown, personal service of this Order, together with the papers upon which it was granted, shall be good and sufficient if delivered to the offices of counsel for Jones and Radio One, Stephen Sussman, Lebensfeld Borker Sussman & Sharon LLP, on or before _____ o'clock ___.m. on July __, 2007.

IT IS FURTHER ORDERED that any papers in opposition to the application for a preliminary injunction shall be served by hand or ECF on Defendant's counsel and on this Court on or before _____ o'clock _____.m. on _____ _____, 2007, and any reply papers shall be served by hand on Jones and Radio One or their counsel and on this Court on or before _____ o'clock ____.m. on _____ ___, 2007.

IT IS FURTHER ORDERED that Defendant shall post security in the amount of $_____ prior to July ___, 2007 at _____ o'clock ___.m.

Dated:      New York, New York
            July ____, 2007

Issued:     _____ o'clock __.m.

                                               _____
                                               Barbara S. Jones
                                               U.S.D.J.