```
                                                          ELECTRONICALLY FILED
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
SAMUEL L. JONES JR.,                                       :

        Plaintiff,                                         :   No. 07 Civ. 5693 (BSJ) (AJP)

   -against-                                               :

INFINITY BROADCASTING CORPORATION OF                       :   **CERTIFICATE OF SERVICE**
WASHINGTON, D.C. n/k/a CBS RADIO INC. OF
WASHINGTON, D.C.,                                          :

        Defendant.
                                                           :
------------------------------------------------------------------x
INFINITY BROADCASTING CORPORATION OF                       :
WASHINGTON, D.C. n/k/a CBS RADIO INC. OF
WASHINGTON, D.C.,                                          :

        Counterclaimant and Third-Party Plaintiff,         :
   -against-
                                                           :
SAMUEL L. JONES JR.,
                                                           :
        Counterclaim Defendant, and
                                                           :
RADIO ONE, INC.,
                                                           :
        Third-Party Defendant.
                                                           x
```

I, Marissa M. Grimes, associated with Debevoise & Plimpton LLP, attorneys for,

Infinity Broadcasting Corporation of Washington D.C. n/k/a CBS Radio Inc. of

Washington D.C., defendant, counterclaimant, and third-party plaintiff herein, certify:

22525047v1

I am over eighteen (18) years of age. On the 20th day of July 2007, I served by hand, at United States District Courthouse, 500 Pearl Street, New York, New York, the (1) Answer, Counterclaim and Third-Party Complaint; (2) Memorandum of Law in Support of Motion for Temporary Restraining Order and Preliminary Injunction; (3) Declaration of Jeremy Feigelson; (4) Declaration of Marissa M. Grimes; (5) Declaration of Samuel Rogers; (6) Declaration of Reggie Rouse; (7) Declaration of Christopher Paul McMillian; (8) [Proposed] Order to Show Cause for Preliminary Injunction and Temporary Restraining Order; and (9) Disclosure Statement Pursuant to Fed. R. Civ. P. 7.1, upon counsel for the other parties to this action:

>   Stephen Sussman, Esq.
>   Lebensfeld Borker Sussman & Sharon
>   Two Penn Plaza, Suite 1980
>   New York, NY 10121

Pursuant to 28 U.S.C. § 1746, I certify under the penalty of perjury that the foregoing is true and correct.

Executed on July 25, 2007.

>                          _____s/ Marissa M. Grimes_____
>                                   Marissa M. Grimes

22525047v1