UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ELECTRONICALLY FILED

------------------------------------------------------------------------x

| | |
|---|---|
| SAMUEL L. JONES JR., | : |
| Plaintiff, | : No. 07 Civ. 5693 (BSJ) (AJP) |
| -against- | : |
| INFINITY BROADCASTING CORPORATION OF WASHINGTON, D.C. n/k/a CBS RADIO INC. OF WASHINGTON, D.C., | : **CERTIFICATE OF SERVICE** |
| Defendant. | : |

------------------------------------------------------------------------x

| | |
|---|---|
| INFINITY BROADCASTING CORPORATION OF WASHINGTON, D.C. n/k/a CBS RADIO INC. OF WASHINGTON, D.C., | : |
| Counterclaimant and Third-Party Plaintiff, -against- | : |
| SAMUEL L. JONES JR., | : |
| Counterclaim Defendant, and | : |
| RADIO ONE, INC., | : |
| Third-Party Defendant. | : |

x

I, Marissa M. Grimes, associated with Debevoise & Plimpton LLP, attorneys for, Infinity Broadcasting Corporation of Washington D.C. n/k/a CBS Radio Inc. of Washington D.C., defendant herein, certify:

I am over eighteen (18) years of age. On the 21st day of July 2007, I caused to be served by facsimile a copy of the Reply Memorandum of Law in Support of Preliminary

22525127v1

2

Injunction and, on the 22nd day of July 2007, I caused to be served by facsimile a copy of the Declaration of Bruce Keller to counsel for the other parties to this action at the following address:

> Stephen Sussman, Esq.
> Lebensfeld Borker Sussman & Sharon
> Two Penn Plaza, Suite 1980
> New York, NY 10121
> Tel: (212) 594-2030
> Fax: (212) 594-6875

Pursuant to 28 U.S.C. § 1746, I certify under the penalty of perjury that the foregoing is true and correct.

Executed on July 25, 2007.

_____s/ Marissa M. Grimes_____
Marissa M. Grimes

2

22525127v1