AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

SOUTHERN DISTRICT OF NEW YORK

Samuel L. Jones JR.,
Plaintiff

-against-

Infinity Broadcasting Corporation of Washington, D.C. N/K/A CBS Radio INC. of Washington, D.C.
Defendant

Infinity Broadcasting Corporation of Washington, D.C. N/K/A CBS Radio Inc. of Washington, D.C.
Counterclaim and Third Party Plaintiff

-against-

Samuel L. Jones JR.,
Counter claim Defendant

Radio One Third Party Defendant

**THIRD PARTY SUMMONS IN A CIVIL CASE**

CASE NUMBER: 07 cv 5693 (BSJ)

TO: (Name and address of defendant) Radio One
5900 Princess Garden Parkway
7th Floor,
Lanham, Maryland

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Debevoise + Plimpton LLP
919 3rd Avenue
New York, NY 10022

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**

CLERK

DATE  JUL 20 2007

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons In a Civil Action -SDNY WEB 4/99

| RETURN OF SERVICE | |
|---|---|
| Service of the Third-Party Summons and Third-Party Complaint was made by me[1] | DATE July 20, 2007 at 3:00pm and July 23, 2007 at 5:00pm |
| NAME OF SERVER (PRINT) Marissa M. Grimes | TITLE Attorney |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): The undersigned personally served Radio One, Inc. by its attorney Stephen Ira Sussman. The Third-Party Complaint was served on July 20, 2007 and the Third-Party Summons was served July 23, 2007.

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   July 25, 2007
           Date

Signature of Server: *Marissa M. Grimes*

Debevoise & Plimpton LLP
919 Third Avenue
New York, New York 10022
Address of Server

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.