```
----------------------------------------x
Samuel L. Jones, Jr.
                 Plaintiff,
     v.
Infinity Broadcasting Corp. of Washington,
D.C. A/K/A CBS Radio Inc. of
Washington, D.C.        Defendant.
----------------------------------------x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/25/07

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

07 Civ. 5963 (BSJ)(AJP)

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

| | |
|---|---|
| ☒ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ___ Consent under 28 U.S.C. §636(c) for all purposes (including trial) |
| ___ Specific Non-Dispositive Motion/Dispute:* | ___ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) |
| | Purpose: _____ |
| If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____ | ___ Habeas Corpus |
| | ___ Social Security |
| ___ Settlement* | ___ Dispositive Motion (i.e., motion requiring a Report and Recommendation) |
| ___ Inquest After Default/Damages Hearing | Particular Motion: _____ |
| | All such motions: ___ |

* Do not check if already referred for general pretrial.

SO ORDERED.

DATED:   New York, New York
         7/25/07

United States District Judge