UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
SAMUEL L. JONES JR.,                :
                                    :
                Plaintiff,          :
                                    :
        v.                          :  07 Cv. 5693 (BSJ)
                                    :
INFINITY BROADCASTING CORP. OF      :  Order
WASHINGTON, D.C. n/k/a C.B.S RADIO INC. :
OF WASHINGTON, D.C.                 :
                                    :
                Defendant.          :
------------------------------------X

**BARBARA S. JONES**
**UNITED STATES DISTRICT JUDGE**

Effective July 23, 2007 at 6:30 p.m., I ordered the following: Pursuant to Federal Rule of Civil Procedure 65(b), Jones and Radio One, and all those acting in concert or participation with them are preliminary enjoined from using the HUGGY LOWDOWN mark in any way in connection with any radio broadcast or promotion within the Washington, D.C. Total Survey Area, as defined by the Arbitron ratings service, until May 26, 2008.

At a conference held on July 24, 2007, Plaintiff indicated to the Court that it intends to move for clarification of the Court's Order. In view of Plaintiff's request for clarification and the Court's comments relating to the possible ambiguity in the word "promotion," the Court proposes the following change: Pursuant to Federal Rule of Civil Procedure 65(b), Jones and Radio One, and all those acting in concert or participation with



them are preliminary enjoined from using the HUGGY LOWDOWN mark in any way in connection with any radio broadcast within the Washington, D.C. Total Survey Area, as defined by the Arbitron ratings service, or in the promotion of such broadcast, until May 26, 2008.

The parties are directed to submit any objections and and/or proposed language for an amended preliminary injunction to the Court via telefax by 5 p.m. on July 25, 2007.

**SO ORDERED:**

BARBARA S. JONES
**UNITED STATES DISTRICT JUDGE**

Dated:  New York, New York
        July 25, 2007