# May 2005

| Monday | Tuesday | Wednesday | Thursday | Friday | Sat/Sun |
|---|---|---|---|---|---|
|  |  |  |  |  | May 1 |
| 2 | 3 | 4 | 5 | 6 | 7 |
|  |  |  |  |  | 8 |
| 9 | 10 | 11 | 12 | 13 | 14 |
|  |  |  |  |  | 15 |
| 16 | 17 | 18 | 19 | 20 | 21 |
|  |  |  |  |  | 22 |
| 23 | 24 | 25 **CONTRACT SIGNED (EFFECTIVE DATE)** | 26 | 27 | 28 |
|  |  |  |  |  | 29 |
| 30 | 31 |  |  |  |  |

# May 2006

| Monday | Tuesday | Wednesday | Thursday | Friday | Sat/Sun |
|---|---|---|---|---|---|
| May 1<br>24th day prior to expiration* | 2<br>23rd day prior to expiration* | 3<br>22nd day prior to expiration* | 4<br>21st day prior to expiration* | 5<br>20th day prior to expiration* | 6<br>19th day prior to expiration*<br><br>7<br>18th day prior to expiration* |
| 8<br>17th day prior to expiration* | 9<br>16th day prior to expiration* | 10<br>15th day prior to expiration* | 11<br>14th day prior to expiration* | 12<br>13th day prior to expiration* | 13<br>12th day prior to expiration*<br><br>14<br>11th day prior to expiration* |
| 15<br>10th day prior to expiration* | 16<br>9th day prior to expiration* | 17<br>8th day prior to expiration* | 18<br>7th day prior to expiration* | 19<br>6th day prior to expiration* | 20<br>5th day prior to expiration*<br><br>21<br>4th day prior to expiration* |
| 22<br>3rd day prior to expiration* | 23<br>2nd day prior to expiration* | 24<br>1st day prior to expiration* | 25<br>CONTRACT EXPIRES<br>(NY General Construction Law §58) | 26 | 27<br><br>28 |
| 29 | 30 | 31 | 1 | | |

Joel Wittlin

*NY Gen. Const. Law §20; Messina v. Lufthansa German Airlines, 47 N.Y.2d 111, 115-16, 390 N.E.2d 758, 760 (1979)

# April 2006

| Monday | Tuesday | Wednesday | Thursday | Friday | Sat/Sun |
|---|---|---|---|---|---|
| | | | | | April 1 |
| 3 | 4 | 5 | 6 | 7 | 8 / 9 |
| 10 | 11 | 12 | 13 | 14 | 15 / 16 |
| 17 | 18 | 19 | 20 | 21 | 22 / 23 |
| 24<br>30th day prior to expiration* | 25<br>29th day prior to expiration* | 26<br>28th day prior to expiration* | 27<br>27th day prior to expiration* | 28<br>26th day prior to expiration* | 29 / 30<br>25th day prior to expiration* |

*NY Gen. Const. Law §20; Messina v. Lufthansa German Airlines, 47 N.Y.2d 111, 115-16, 390 N.E.2d 758, 760 (1979)

Joel Wittlin