# VANGUARD CORPORATE SERVICES, LTD.
## 307 HAMILTON STREET
## ALBANY, NEW YORK 12210
### 800-255-4552 (NYS)   518-436-5616   518-436-3964 (FAX)

---

**SEARCH DATE:**           July 11, 2007

**SUBJECT:**               CBS RADIO INC. OF WASHINGTON, D.C.

**JURISDICTION:**          New York


We have caused a search to be conducted with the Office of the Secretary of State in the above referenced jurisdiction for record of the above referenced entity and have found the following:


No Record of either a domestic or foreign authorized corporation by this name.


The following similar name appears on record:

CBS RADIO INC. OF BALTIMORE

Our information is as accurate as reasonable care can make it. However, the ultimate responsibility for maintaining files rests with the filing officer. We will accept no liability beyond the exercise of reasonable care.

Vanguard Corporate Services, Ltd. cannot guarantee the information, which is derived from official public records. This search is provided for information purposes only. No liability is assumed by this company other than the actual cost of the search provided herein.