

Infinity Broadcasting Corporation
4900 Parliament Place, Suite 300
Lanham, MD 20706-1881
(301) 918-0955   Sales Fax (301) 459-9509
Programming Fax (301) 459-9557



April 27, 2006

Samuel Jones Jr.
743 Fairmont Street, N.W. #206
Washington, DC

Dear Samuel:

Please be advised that pursuant to your agreement with Infinity Broadcasting Corporation of Maryland, dated May 26, 2006 notice is hereby given that WPGC desires to continue to utilize your services after the expiration of your present agreement. This serves as notice we are exercising the option extending the terms of your agreement for another year.

Sincerely,

Jay Stevens,
Vice President, Programming