UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

SAMUEL L. JONES JR., :
:
        Plaintiff, : 07 CIV 5693 (BSJ) (AJP)
:
  -against- :
: DECLARATION OF
INFINITY BROADCASTING CORPORATION, : ROBERT W. KEENE JR.
WASHINGTON, D.C. n/k/a CBS RADIO : IN OPPOSITION TO
INC. OF WASHINGTON, D.C. : DEFENDANT'S MOTION FOR
: TEMPORARY AND
        Defendant. : **PRELIMINARY RESTRAINTS**

-----------------------------------------------------------------x

        **ROBERT W. KEENE JR.**, under penalty of perjury, declares as follows:

        1.     I am a principal of the law firm of Miles & Stockbridge P.C. My office is located in Rockville, Maryland. The entertainment portion of my practice includes the negotiation of talent/personal service agreements for personal management, recording, music, television, radio, motion pictures and business management.

        2.     Earlier this year, I was retained to represent the interests of Samuel L. Jones Jr. in connection with his current affiliation with Infinity/CBS and his possible future professional endeavors with Infinity/CBS and other potential radio stations in the Washington, D.C. market. During my representation of Mr. Jones, I had discussions with representatives of Infinity/CBS, as well as with representatives of Radio One. It was made clear to me by representatives of Infinity/CBS that Infinity/CBS did not intend to pay Mr. Jones the compensation that was available to him on the market. In refusing to make a market (or near market) offer to Mr. Jones, Infinity representatives made reference to the 1-year post termination restriction in the use of the Huggy Lowdown character in the Washington, D.C. market.

I declare that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated:   Rockville, Maryland
July 16, 2007

ROBERT W. KEENE SR.