UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
SAMUEL L. JONES JR.,

                    Plaintiff,

  -against-

INFINITY BROADCASTING CORPORATION
OF WASHINGTON, D.C. n/k/a CBS
RADIO INC. OF WASHINGTON, D.C.,

                  Defendant.
------------------------------------------------------------x
INFINITY BROADCASTING CORPORATION OF
WASHINGTON, D.C. n/k/a CBS RADIO INC. OF
WASHINGTON, D.C.,

    Counterclaimant and Third-Party Plaintiff,

  -against-

SAMUEL L. JONES JR.,

    Counterclaim Defendant, and

RADIO ONE, INC.,

    Third-Party Defendant.
------------------------------------------------------------x

No. 07 Civ. 5693 (BSJ) (AJP)

**CERTIFICATE OF SERVICE**

       JOEL WITTLIN, a paralegal employed by Lebensfeld, Borker Sussman & Sharon LLP, attorneys for SAMUEL L. JONES JR., plaintiff and counterclaim defendant herein certifies:

       I am over eighteen (18) years of age. On the 20th day of July, 2007, I served, by hand, at the United States District Courthouse, 500 Pearl Street, New York, New York, (1) Plaintiff's Memorandum of Law in Opposition to Defendant's Application for Temporary Restraining Order; (2) Declaration of Samuel L. Jones Jr. in Opposition to Defendant's Motion

for Temporary Restraints; and (3) Declaration of Robert W. Keene Jr. in Opposition to Defendant's Motion for Temporary and Preliminary Restraints upon counsel for the other parties to this action:

>Bruce P. Keller, Esq.
>Debevoise & Plimpton LLP
>919 Third Avenue
>New York, NY 10022

Pursuant to 28 U.S.C. § 1746, I certify under the penalty of perjury that the foregoing is true and correct.

Executed on July 26, 2007.

_____
JOEL WITTLIN