UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

SAMUEL L. JONES, JR., :

          Plaintiff, :  07 Civ. 5693 (BSJ) (AJP)

        -against- :  ORDER SCHEDULING
                                 STATUS CONFERENCE

INFINITY BROADCASTING CORPORATION OF :
WASHINGTON, D.C., et al.,
                               :
        Defendants.
                               :

------------------------------------- x

**ANDREW J. PECK, United States Magistrate Judge:**

        IT IS HEREBY ORDERED that a status conference is scheduled for Wednesday, August 1, 2007 at 11:30 a.m. before the undersigned in Courtroom 20D (500 Pearl Street).

        Counsel are advised that my chambers (Room 1370, 500 Pearl Street) are to be provided with a courtesy copy of all papers hereafter filed with the Court. The parties are to follow the "Individual Practices of Magistrate Judge Andrew J. Peck," a copy of which is attached.

        SO ORDERED.

Dated:        New York, New York
                 July 30, 2007

                                           Andrew J. Peck
                                           United States Magistrate Judge

Copies **by fax & ECF** to:    Stephen I. Sussman, Esq.
                                   Bruce P. Keller, Esq.
                                   Judge Barbara S. Jones