```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
SAMUEL L. JONES JR.,                :
                                    :
                    Plaintiff,      :
                                    :
          v.                        :   07 Cv. 5693 (BSJ)
                                    :
INFINITY BROADCASTING CORP. OF      :   Order
WASHINGTON, D.C. n/k/a C.B.S RADIO INC. :
OF WASHINGTON, D.C.                 :
                                    :
                    Defendant.      :
------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/1/07 AL

**BARBARA S. JONES**
**UNITED STATES DISTRICT JUDGE**

The attached Declaration of Marissa M. Grimes, dated July 20, 2007, contains two compact discs as exhibits. Because such documents cannot be scanned into the ECF system, the Clerk of Court is ordered to file a hard copy of the Grimes Declaration.

**SO ORDERED:**

_____
BARBARA S. JONES
UNITED STATES DISTRICT JUDGE

Dated:  New York, New York
        July 27, 2007