UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

SAMUEL L. JONES, JR., :

        Plaintiff, :

-against- :   07 Civ. 5693 (BSJ) (AJP)

INFINITY BROADCASTING CORPORATION :   RULE 16 INITIAL PRETRIAL
OF WASHINGTON, D.C., now known as     CONFERENCE ORDER
CBS Radio Inc. of Washington, D.C., :

        Defendant. :

-against- :

RADIO ONE, INC.. :

        3d Party Defendant. :

------------------------------------- x

**ANDREW J. PECK, United States Magistrate Judge:**

      Based on the Initial Pretrial Conference pursuant to Rule 16, Fed. R. Civ. P., held on August 1, 2007 before Magistrate Judge Andrew J. Peck, IT IS HEREBY ORDERED THAT:

      1.    Any motion to join parties or amend the pleadings must be made by August 10, 2007.

      2.    All fact and expert discovery must be completed by October 31, 2007. Expert reports must be served by October 1, 2007. Mandatory initial disclosure pursuant to Rule 26(a)(1), Fed. R. Civ. P., is due August 10, 2007. The parties shall discuss any issues with respect to electronic discovery before the next court conference.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/1/07

2

3.  Each party will notify this Court by November 2, 2007 as to whether it intends to move for summary judgment. Summary judgment motions must be filed by November 9, 2007, and must comply with the Federal Rules of Civil Procedure, the Local Rules of this Court, and the chamber rules of the District Judge to whom this case is assigned.

4.  The parties are to submit a joint proposed pretrial order, in conformance with the Federal Rules of Civil Procedure, the Local Rules of this Court, and the chamber rules of the District Judge to whom this case is assigned, by November 21, 2007 (even if a summary judgment motion has been filed). The case will be considered trial ready on 24-hours notice after the pretrial order has been submitted.

5.  A status conference will be held before the undersigned on September 11, 2007 at 10:00 a.m. in Courtroom 20D (500 Pearl Street).

6.  The parties are directed to follow the "Individual Practices of Magistrate Judge Andrew J. Peck," a copy of which was previously provided.

SO ORDERED.

DATED:  New York, New York
August 1, 2007

Andrew J. Peck
United States Magistrate Judge

Copies **by fax & ECF** to:   Stephen I. Sussman, Esq.
Bruce P. Keller, Esq.
Judge Barbara S. Jones

C:\ORD\16RULES