Stephen Sussman (SS-1072)
Victor Rivera Jr. (VR-5693)
LEBENSFELD BORKER SUSSMAN & SHARON LLP
Two Penn Plaza, Suite 1980
New York, New York
Tel: (212) 594-2030
Fax: (732) 594-6875

*Attorneys for Plaintiff and Counterclaim Defendant Samuel L. Jones Jr.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
SAMUEL L. JONES JR.,

        Plaintiff,

    -against-

INFINITY BROADCASTING CORPORATION
OF WASHINGTON, D.C. n/k/a CBS RADIO INC.
OF WASHINGTON, D.C.,

        Defendant.
-----------------------------------------------------------------x
INFINITY BROADCASTING CORPORATION
OF WASHINGTON, D.C. n/k/a CBS RADIO INC.
OF WASHINGTON, D.C.,

    Counterclaimant and Third-Party Plaintiff,

    -against-

SAMUEL L. JONES JR.,

    Counterclaim Defendant, and

RADIO ONE, INC.

    Third-Party Defendant.
-----------------------------------------------------------------x

No. 07 Civ. 5693 (BSJ) (AJP)

**CERTIFICATE OF SERVICE**

JOEL WITTLIN, a paralegal employed by Lebensfeld, Borker Sussman & Sharon LLP, attorneys for SAMUEL L. JONES JR., plaintiff and counterclaim defendant herein, certifies:

I am over eighteen (18) years of age. On the 7th day of August, 2007, deponent caused to be served Reply to Counterclaims and Jury Demand, by placing same in a properly addressed, postage pre-paid envelope and depositing same in a post-office or official depository under the exclusive care and custody of the U.S. Postal Service within the State of New York upon:

>Bruce P. Keller, Esq.
>Debevoise & Plimpton LLP
>919 Third Avenue
>New York, NY 10022

Pursuant to 28 U.S.C. § 1746, I certify under the penalty of perjury that the foregoing is true and correct.

Executed on August 7, 2007.

_____
JOEL WITTLIN