UNITED STATES DISTRICT COURT Case 1:07-cv-05693-BSJ-AJP Document 29 Filed 08/06/2007 Page 1 of 1
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/7/07 AL

------------------------------------X

Samuel L. Jones, Jr.,
    Plaintiff,

V

Infinity Broadcasting Corp of Washington,
D.C. n/k/a CBS Radio Inc. of Washington,
D.C.    Defendant

------------------------------------X

~~ORDER OF REFERENCE~~
TO A MAGISTRATE JUDGE

07 Civ. 5693 (BSJ)(AJP)

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

| | | | |
|---|---|---|---|
| ☒ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ___ | Consent under 28 U.S.C. §636(c) for all purposes (including trial) |
| ___ | Specific Non-Dispositive Motion/Dispute:* _____ | ___ | Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)<br>Purpose: _____ |
| | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____ | ___ | Habeas Corpus |
| | | ___ | Social Security |
| ___ | Settlement* | ___ | Dispositive Motion (i.e., motion requiring a Report and Recommendation)<br>Particular Motion: _____ |
| ___ | Inquest After Default/Damages Hearing | | |
| | | | All such motions: ___ |

* Do not check if already referred for general pretrial.

SO ORDERED.

DATED:   New York, New York
               8/6/07

                                         /s/ Barbara S. Jones
                                       United States District Judge