LEBENSFELD BORKER SUSSMAN & SHARON LLP
2 Penn Plaza, Suite 1980
New York, New York 10121
Tel: (212) 594-2030
Fax: (212) 594-6875

Stephen Sussman (SS-1072)
Victor Rivera Jr. (VR-5693)
Attorneys for Plaintiff Samuel L. Jones Jr.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
SAMUEL L. JONES JR.,                          :
                                              :
        Plaintiff,                            :
                                              :
  -against-                                  :
                                              :   Civil Action No.
INFINITY BROADCASTING CORPORATION:                07 CV 5693 (BSJ/AJP)
OF WASHINGTON, D.C. n/k/a CBS RADIO           :
INC. OF WASHINGTON, D.C.,                     :
                                              :   NOTICE OF MOTION
        Defendant.                            :   TO VACATE OR MODIFY
------------------------------------------------------------x   PRELIMINARY INJUNCTION
------------------------------------------------------------x
INFINITY BROADCASTING CORPORATION:
OF WASHINGTON, D.C. n/k/a CBS RADIO           :
INC. OF WASHINGTON, D.C.,                     :
                                              :
    Counterclaimant and Third-Party           :
        Plaintiff,                            :
                                              :
  -against-                                  :
                                              :
SAMUEL L. JONES JR.,                          :
                                              :
    Counterclaim Defendant, and               :
                                              :
RADIO ONE, INC.,                              :
                                              :
    Third-Party Defendant.                    :
------------------------------------------------------------x

        **PLEASE TAKE NOTICE** that, upon the Declarations of Stanley G. Richards,

Everestus Thomas and Victor Rivera Jr., each executed August 9, 2007, the accompanying memorandum of law and all papers and proceedings heretofore had herein, the undersigned attorneys for Plaintiff Samuel L. Jones Jr. ("Jones") will move this Court before the Honorable Barbara S. Jones, U.S.D.J., at the United States Courthouse, 500 Pearl Street, New York, New York 10007, at a date and time to be determined by the Court, for an order:

1. Pursuant to Rules 59(e) and/or 60(b) of the Federal Rules of Civil Procedure, to vacate the Amended Preliminary Injunction issued by the Court on July 27, 2007 or to modify the restraints contained therein; and

2. For such other and further relief as the Court may deem appropriate.

Pursuant to Rule 6.1(b) of the Local Rules of the United States District Court for the Southern District of New York, any opposing affidavits and answering memoranda shall be served within ten business days after service of this motion.

Dated: New York, New York
      August 10, 2007

                        **LEBENSFELD BORKER SUSSMAN & SHARON LLP**

                        By: _____
                              Victor Rivera Jr. (VR-5693)
                        2 Penn Plaza, Suite 1980
                        New York, New York 10121
                        Tel: (212) 594-2030
                        Fax: (212) 594-6875

                        Attorneys for Plaintiff Samuel L. Jones Jr.