Subject: RE: PBMC Comedy Show w/Huggy Lowdown & Friends
Date: Thu, 2 Aug 2007 16:25:30 -0400
From: "Savoy-Smith, Ivy S" <isavoy@wpgc955.com>
To: "Detra Stoddard" <detra_stoddard@yahoo.com>
CC: "Stan Richards" <pbmc11@comcast.net>

Hi guys,

I'm sorry I can't promote the Huggie Lowdown Comedy Show on WPGC, since Huggie is no longer a part of the WPGC morning show. Sorry!

Ivy Savoy-Smith

Retail Sales/NTR Manager

WPGC 95.5FM

4200 Parliament Place, Suite 300

Lanham, MD 20706

301-918-2316 direct dial

301-459-9509 fax

301-367-3507 cellular

---

**From:** Detra Stoddard [mailto:detra_stoddard@yahoo.com]
**Sent:** Thursday, August 02, 2007 4:06 PM
**To:** Savoy-Smith, Ivy S
**Cc:** Stan Richards
**Subject:** PBMC Comedy Show w/Huggy Lowdown & Friends

Following are the specifics for the PBMC Comedy Show w/Huggy Lowdown & Friends at the Hyatt Regency Crystal City, Saturday, September 8, 2007. PBMC requests:

- Exclusive Winning Weekend
- 50 pair tickets for giveaways on the "Morning Show" as well as throughout the day
- promos for the show and after-party
- mentions

- live interview with comedians
- 3 week campaign

Please respond as soon as possible.

Sincerely,

Stan Richards

President

Positive Black Men Coalition

(301) 520-4348 Cell

www.pbmc.net

---

Ready for the edge of your seat? Check out tonight's top picks on Yahoo! TV.

---

Take the Internet to Go: Yahoo!Go puts the Internet in your pocket: mail, news, photos & more.

---

Tease your brain--play Clink! Win cool prizes!