

Infinity Broadcasting Corporation
4200 Parliament Place, Suite 300
Lanham, MD 20706-1881

7001 1940 0001 0187 1688

CERTIFIED MAIL

Samuel Jones, Jr.
143 Fairmont Street, NW
Apt. #706
Washington, DC 20001



$04.640
04/28/2006
Mailed From 20706
US POSTAGE