| | |
|---|---|
| Bruce P. Keller (BK-9300) | ELECTRONICALLY FILED |
| Jeremy Feigelson (JF-4963) | |
| DEBEVOISE & PLIMPTON LLP | |
| 919 Third Avenue | |
| New York, New York 10022 | |
| (212) 909-6000 | |

*Attorneys for Defendant, Counterclaimant and Third-Party Plaintiff*
*Infinity Broadcasting Corporation of Washington, D.C. n/k/a*
*CBS Radio Inc. of Washington, D.C.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
SAMUEL L. JONES JR.,                                                    :

      Plaintiff,                               :   No. 07 Civ. 5693 (BSJ) (AJP)

  -against-                                                           :

                                                                        **CERTIFICATE OF SERVICE**

INFINITY BROADCASTING CORPORATION OF                                    :
WASHINGTON, D.C. n/k/a CBS RADIO INC. OF
WASHINGTON, D.C.,                                                       :

      Defendant.
                                                                        :
------------------------------------------------------------------------x
INFINITY BROADCASTING CORPORATION OF                                    :
WASHINGTON, D.C. n/k/a CBS RADIO INC. OF
WASHINGTON, D.C.,                                                       :

      Counterclaimant and Third-Party Plaintiff,    :

  -against-                                                           :

SAMUEL L. JONES JR.,                                                    :

      Counterclaim Defendant, and                   :

RADIO ONE, INC.,
                                                                        :
      Third-Party Defendant.                         x

Marissa M. Grimes, associated with Debevoise & Plimpton LLP, herein certifies:

I am over eighteen (18) years of age. On the 10th day of August, 2007, I caused copies of the within (1) Notice of Motion for Leave to File Amended Answer, Counterclaims, and Third-Party Complaint, (2) Memorandum of Law and (3) Declaration of Jeremy Feigelson to be served by electronic filing and Federal Express upon

Stephen Sussman, Esq.
LEBENSFELD BORKER SUSSMAN & SHARON LLP
2 Penn Plaza, Suite 1980
New York, New York 10121
Tel: (212) 594-2030
Fax: (212) 594-6875

*Attorneys for Samuel L. Jones Jr. and Radio One, Inc.*

I certify under penalty of perjury that the foregoing in true and correct.

Executed this 10th day of August, 2007, New York, New York.

                                        ___/s/ Marissa M. Grimes_____
                                               Marissa M. Grimes