ELECTRONICALLY FILED

LEBENSFELD BORKER SUSSMAN & SHARON LLP
2 Penn Plaza, Suite 1980
New York, New York 10121
Tel: (212) 594-2030
Fax: (212) 594-6875

Stephen Sussman (SS-1072)
Victor Rivera Jr. (VR-5693)
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
SAMUEL L. JONES JR.,                        :
                                            :   Civil Action No.
                    Plaintiff,              :   07 CV 5693 (BSJ/AJP)
                                            :
        -against-                           :
                                            :
INFINITY BROADCASTING CORPORATION           :   CERTIFICATE OF SERVICE
OF WASHINGTON, D.C. n/k/a CBS RADIO INC.    :
OF WASHINGTON, D.C.,                        :
                                            :
                    Defendant.              :
------------------------------------------------------------x
------------------------------------------------------------x
INFINITY BROADCASTING CORPORATION           :
OF WASHINGTON, D.C. n/k/a CBS RADIO INC.    :
OF WASHINGTON, D.C.,                        :
                                            :
        Counterclaimant and Third-Party     :
                    Plaintiff,              :
                                            :
        -against-                           :
                                            :
SAMUEL L. JONES JR.,                        :
                                            :
        Counterclaim Defendant, and         :
                                            :
RADIO ONE, INC.,                            :
                                            :
        Third-Party Defendant.              :
------------------------------------------------------------x

**JOEL WITTLIN**, a paralegal employed by Lebensfeld, Borker, Sussman & Sharon LLP, attorneys for SAMUEL L. JONES JR., plaintiff and counterclaim-defendant herein certifies:

1. I am over eighteen (18) years of age.

2. On the 10th day of August, 2007, I served by electronic transmission, and caused to be served by FedEx, (1) Notice of Motion to Vacate or Modify Preliminary Injunction; (2) Declaration of Stanley G. Richards; (3) Declaration of Everestus Thomas; (4) Declaration of Victor Rivera Jr.; (5) Plaintiff's Brief in Support of His Motion to Vacate or Modify the Restraints in the Amended Preliminary Injunction and (6) Plaintiff's Corrected Brief in Support of His Motion to Vacate or Modify the Restraints in the Amended Preliminary Injunction upon counsel for the defendant-counterclaimant at the following addresses:

Bruce P. Keller, Esq.
Debevoise & Plimpton LLP
919 Third Avenue
New York, NY 10022
E-mail address: bpkeller@debevoise.com

Pursuant to 28 U.S.C. § 1746, I certify under the penalty of perjury that the foregoing is true and correct.

Executed in New York, New York on August 10, 2007.

_____
JOEL WITTLIN