Bruce P. Keller (BK-9300)                    ELECTRONICALLY FILED
Jeremy Feigelson (JF-4963)
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York 10022
(212) 909-6000

*Attorneys for Defendant, Counterclaimant and Third-Party Plaintiff*
*Infinity Broadcasting Corporation of Washington, D.C. n/k/a*
*CBS Radio Inc. of Washington, D.C.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
SAMUEL L. JONES JR.,                              :

           Plaintiff,                         :     No. 07 Civ. 5693 (BSJ) (AJP)

   -against-                                      :

INFINITY BROADCASTING CORPORATION OF     :     **DECLARATION OF**
WASHINGTON, D.C. n/k/a CBS RADIO INC. OF       **JEREMY FEIGELSON**
WASHINGTON, D.C.,                                 :

          Defendant.                          :

                              :
------------------------------------------------------------------------X
INFINITY BROADCASTING CORPORATION OF     :
WASHINGTON, D.C. n/k/a CBS RADIO INC. OF
WASHINGTON, D.C.,                                 :

      Counterclaimant and Third-Party Plaintiff,  :

   -against-                                      :

SAMUEL L. JONES JR.,                              :

        Counterclaim Defendant, and             :

RADIO ONE, INC.,                                  :

       Third-Party Defendant.                  x

JEREMY FEIGELSON hereby declares as follows:

1.        I am a member of the bar of the State of New York and of this Court, and a member of the firm of Debevoise & Plimpton LLP, counsel for Defendant, Counterclaimant, and Third-Party Plaintiff Infinity Broadcasting Corporation of Washington, D.C. n/k/a CBS Radio Inc. of Washington, D.C. ("CBS Radio") in this action.  I submit this declaration on personal knowledge in support of CBS Radio's motion for leave to file an Amended Answer, Counterclaims, and Third-Party Complaint.

2.        Attached as Exhibit A is a true and correct copy of an email exchange between our firm and Steve Sussman, counsel for Samuel L. Jones Jr. and Radio One, Inc. on Friday, August 10, 2007.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at New York, New York this 10th day of August, 2007.

_/s/ Jeremy Feigelson___

Jeremy Feigelson

# EXHIBIT

# A

**From:** Keller, Bruce P.

**Sent:** Friday, August 10, 2007 12:40 PM

**To:** 'Steve Sussman'; 'Patty Russo'

**Cc:** Feigelson, Jeremy; Grimes, Marissa M.

**Subject:** RE: Jones/Radio One/CBS Radio -- 07 CV 5793 (BSJ/AJP)

I will represent to the court that although asked, you would not at this time consent.

I just got your Fed Ex. Thank you.

Please send any further PDF copies to Jeremy and Marissa at the same time as you send them to me.

---

**From:** Steve Sussman [mailto:Steve.Sussman@lbands.com]
**Sent:** Friday, August 10, 2007 12:35 PM
**To:** Keller, Bruce P.; Patty Russo
**Cc:** Feigelson, Jeremy; Grimes, Marissa M.
**Subject:** RE: Jones/Radio One/CBS Radio -- 07 CV 5793 (BSJ/AJP)

Hard copies were delivered by FedEx at 8:47 a.m. this morning (signed for by a "D. Cochane.")

Radio One cannot consent to any action that might be construed to compromise its position of lack of personal jurisdiction.

Jones cannot waive his right to contest the viability of any proposed claim against him. Certainly, we may not oppose the amendment of your client's pleading after we have an opportunity to review and analyze same. We will not be able to do so this afternoon inasmuch as all of our efforts are presently concentrated on filing and serving (by PDF and hand) a motion on Mr. Jones' behalf under FRCP 59 and 60.

---

**From:** Keller, Bruce P. [mailto:bpkeller@debevoise.com]
**Sent:** Friday, August 10, 2007 11:56 AM
**To:** Steve Sussman; Patty Russo
**Cc:** Feigelson, Jeremy; Grimes, Marissa M.
**Subject:** RE: Jones/Radio One/CBS Radio -- 07 CV 5793 (BSJ/AJP)

I have PDF copies of your motion, to which we will respond to shortly. We have no hard copies, however, as of this morning. We are moving to amend the counterclaims today, as I indicated we would when we were before Judge Peck. May I represent that our motion is consented to?

---

**From:** Patty Russo [mailto:Patty.Russo@lbands.com] **On Behalf Of** Steve Sussman
**Sent:** Thursday, August 09, 2007 2:14 PM
**To:** Keller, Bruce P.
**Subject:** Jones/Radio One/CBS Radio -- 07 CV 5793 (BSJ/AJP)

Mr. Keller,

In Stephen Sussman's absence, I transmit a copy of Radio One's papers in support of its motion to dismiss the Third-Party Complaint against it. A hard copy will follow by Federal Express.

Victor Rivera Jr., Esq.
Lebensfeld Borker Sussman & Sharon LLP

CONFIDENTIALITY NOTICE: This information is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential, and/or exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any dissemination of this information is strictly prohibited. If you have received this information in error, please notify us immediately by telephone and confirm that you have destroyed this information and any copies. Thank you!

8/10/2007

Lebensfeld Borker Sussman & Sharon LLP . 140 Broad Street . Red Bank, NJ 07701 . 732.530.4600
2 Penn Plaza - Suite 1980 . New York, NY 10121 . 212.594.2030