Bruce P. Keller (BK-9300)  
Jeremy Feigelson (JF-4963)  
DEBEVOISE & PLIMPTON LLP  
919 Third Avenue  
New York, New York 10022  
(212) 909-6000  

ELECTRONICALLY FILED

*Attorneys for Defendant, Counterclaimant and Third-Party Plaintiff*  
*Infinity Broadcasting Corporation of Washington, D.C. n/k/a*  
*CBS Radio Inc. of Washington, D.C.*

UNITED STATES DISTRICT COURT  
SOUTHERN DISTRICT OF NEW YORK  
------------------------------------------------------------------------x

| | |
|---|---|
| SAMUEL L. JONES JR., | : |
| Plaintiff, | : No. 07 Civ. 5693 (BSJ) (AJP) |
| -against- | : |
| | **CERTIFICATE OF SERVICE** |
| INFINITY BROADCASTING CORPORATION OF WASHINGTON, D.C. n/k/a CBS RADIO INC. OF WASHINGTON, D.C., | : |
| Defendant. | : |

------------------------------------------------------------------------x

| | |
|---|---|
| INFINITY BROADCASTING CORPORATION OF WASHINGTON, D.C. n/k/a CBS RADIO INC. OF WASHINGTON, D.C., | : |
| Counterclaimant and Third-Party Plaintiff, | : |
| -against- | : |
| SAMUEL L. JONES JR., | : |
| Counterclaim Defendant, and | : |
| RADIO ONE, INC., | : |
| Third-Party Defendant. | x |

Marissa M. Grimes, associated with Debevoise & Plimpton LLP, herein certifies:

I am over eighteen (18) years of age. On the 10th day of August, 2007, I caused copies of the within (1) Notice of Motion for Leave to File Amended Answer, Counterclaims, and Third-Party Complaint, (2) Memorandum of Law and (3) Declaration of Jeremy Feigelson to be served by electronic filing and Federal Express upon

Stephen Sussman, Esq.
LEBENSFELD BORKER SUSSMAN & SHARON LLP
2 Penn Plaza, Suite 1980
New York, New York 10121
Tel: (212) 594-2030
Fax: (212) 594-6875

*Attorneys for Samuel L. Jones Jr. and Radio One, Inc.*

I certify under penalty of perjury that the foregoing in true and correct.

Executed this 10th day of August, 2007, New York, New York.

            ___/s/ Marissa M. Grimes_____
              Marissa M. Grimes