ELECTRONICALLY FILED

Stephen Sussman (SS-1072)
Victor Rivera Jr. (VR-5693)
LEBENSFELD BORKER SUSSMAN & SHARON LLP
2 Penn Plaza, Suite 1980
New York, New York 10121
Tel: (212) 594-2030
Fax: (212) 594-6875

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
SAMUEL L. JONES JR.,                         :
                                             :   Civil Action No.
                Plaintiff,                :   07 CV 5693 (BSJ/AJP)
                                             :
            -against-                     :
                                             :
INFINITY BROADCASTING CORPORATION            :   **CERTIFICATE OF SERVICE**
OF WASHINGTON, D.C. n/k/a CBS RADIO INC.:
OF WASHINGTON, D.C.,                         :
                                             :
                Defendant.               :
------------------------------------------------------------------x
------------------------------------------------------------------x
INFINITY BROADCASTING CORPORATION            :
OF WASHINGTON, D.C. n/k/a CBS RADIO INC.:
OF WASHINGTON, D.C.,                         :
                                             :
      Counterclaimant and Third-Party          :
            Plaintiff,                   :
                                             :
            -against-                     :
                                             :
SAMUEL L. JONES JR.,                         :
                                             :
      Counterclaim Defendant, and              :
                                             :
RADIO ONE, INC.,                             :
                                             :
      Third-Party Defendant.                   :
------------------------------------------------------------------x

**PASQUALINA RUSSO**, a legal secretary employed by Lebensfeld, Borker, Sussman & Sharon LLP, attorneys for SAMUEL L. JONES JR., plaintiff and counterclaim-defendant herein certifies:

1. I am over eighteen (18) years of age.

2. On the 23rd day of August, 2007, I served by electronic transmission, and caused to be served by FedEx, Plaintiff's Memorandum of Law in Partial Opposition to Defendant's Motion for Leave to File an Amended Answer, Counterclaims and Third-Party Complaint for defendant-counterclaimant at the following addresses:

> Bruce P. Keller, Esq.
> Debevoise & Plimpton LLP
> 919 Third Avenue
> New York, NY 10022
> E-mail address: bpkeller@debevoise.com

Pursuant to 28 U.S.C. § 1746, I certify under the penalty of perjury that the foregoing is true and correct.

Executed in New York, New York on August 23, 2007.

*/s/ Pasqualina Russo*
PASQUALINA RUSSO