Bruce P. Keller (BK-9300)  
Jeremy Feigelson (JF-4963)  
DEBEVOISE & PLIMPTON LLP  
919 Third Avenue  
New York, New York 10022  
(212) 909-6000  

ELECTRONICALLY FILED

*Attorneys for Defendant, Counterclaimant and Third-Party Plaintiff  
Infinity Broadcasting Corporation of Washington, D.C. n/k/a  
CBS Radio Inc. of Washington, D.C.*

UNITED STATES DISTRICT COURT  
SOUTHERN DISTRICT OF NEW YORK  
------------------------------------------------------------------------x

| | |
|---|---|
| SAMUEL L. JONES JR., | : |
| Plaintiff, | : No. 07 Civ. 5693 (BSJ) (AJP) |
| -against- | : |
| INFINITY BROADCASTING CORPORATION OF WASHINGTON, D.C. n/k/a CBS RADIO INC. OF WASHINGTON, D.C., | : **NOTICE OF MOTION FOR FINDING OF CONTEMPT** |
| Defendant. | : |
| | : |

------------------------------------------------------------------------x

| | |
|---|---|
| INFINITY BROADCASTING CORPORATION OF WASHINGTON, D.C. n/k/a CBS RADIO INC. OF WASHINGTON, D.C., | : |
| Counterclaimant and Third-Party Plaintiff, | : |
| -against- | : |
| SAMUEL L. JONES JR., | : |
| Counterclaim Defendant, and | : |
| RADIO ONE, INC., | : |
| Third-Party Defendant. | x |

PLEASE TAKE NOTICE that upon the accompanying Declaration of Bruce P. Keller and Memorandum of Law, dated August 23, 2007, and all papers and proceedings herein, Defendant, Counterclaimant, and Third-Party Plaintiff Infinity Broadcasting Corporation of Washington, D.C. n/k/a CBS Radio Inc. of Washington, D.C. by its attorneys, Debevoise & Plimpton LLP, will respectfully move this Court before the Honorable Barbara S. Jones, United States District Judge, at Courtroom 18B in the United States Courthouse located at 500 Pearl Street, New York, New York, at a time that is convenient, for a finding of civil contempt and entry of an order for sanctions against Samuel L. Jones Jr. ("Jones") and Radio One, Inc. ("Radio One"), pursuant to Local Civil Rules 6.1 and 83.9 of the United States District Courts for the Southern District of New York:

1. Adjudging Jones and Radio One in civil contempt of the Preliminary Injunction order, July 24, 2007, and Amended Preliminary Injunction order, July 27, 2007.

2. Ordering Jones and Radio One to pay CBS Radio monetary fines in the amount of:

   a. $10,000 for each of the calendar days that Jones and Radio One used the mark "HUGGY LOWDOWN" and the name "Huggy,"

   b. $5,000 for each of the calendar days on which "Hug Shack," "Hugster," or "Hu---" were used,

   c. $10,000 for each future calendar day on which "formerly known as" or "is now on" is used.

      3.      Ordering Jones and Radio One to pay CBS Radio attorneys' fees and costs.

PLEASE TAKE FURTHER NOTICE that, pursuant to Rule 6.1(b) of the Local Rules of the United States District Court for the Southern District of New York, any opposing affidavits and answering memoranda shall be served within ten business days after service of the moving papers.

Dated: New York, New York
       August 23, 2007                            DEBEVOISE & PLIMPTON LLP

                                                By: ___/s/ Bruce P. Keller_____

                                                Bruce P. Keller
                                                Jeremy Feigelson

                                                919 Third Avenue
                                                New York, New York 10022
                                                (212) 909-6000

                                                *Attorneys for Defendant, Counterclaimant, and Third-Party Plaintiff Infinity Broadcasting Corporation of Washington, D.C. n/k/a CBS Radio Inc. of Washington, D.C.*