Bruce P. Keller (BK-9300)                    ELECTRONICALLY FILED
Jeremy Feigelson (JF-4963)
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York 10022
(212) 909-6000

*Attorneys for Defendant, Counterclaimant and Third-Party Plaintiff*
*Infinity Broadcasting Corporation of Washington, D.C. n/k/a*
*CBS Radio Inc. of Washington, D.C.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
SAMUEL L. JONES JR.,                              :

        Plaintiff,                          :    No. 07 Civ. 5693 (BSJ) (AJP)

    -against-                                   :

INFINITY BROADCASTING CORPORATION OF        :    **DECLARATION OF**
WASHINGTON, D.C. n/k/a CBS RADIO INC. OF          **BRUCE P. KELLER**
WASHINGTON, D.C.,                                 :

        Defendant.                          :
                                                  :
------------------------------------------------------------------------x
INFINITY BROADCASTING CORPORATION OF        :
WASHINGTON, D.C. n/k/a CBS RADIO INC. OF
WASHINGTON, D.C.,                                 :

        Counterclaimant and Third-Party Plaintiff,   :

    -against-                                   :

SAMUEL L. JONES JR.,                              :

        Counterclaim Defendant, and         :

RADIO ONE, INC.,                                  :

        Third-Party Defendant.              x

Bruce P. Keller declares:

1.     I am a member of the bar of the State of New York, a member of the bar of this Court, and a member of Debevoise & Plimpton LLP, counsel to Infinity Broadcasting Corporation of Washington, D.C. n/k/a CBS Radio Inc. of Washington, D.C. ("CBS Radio") in this matter.  I submit this declaration on personal knowledge in support of CBS Radio's motion for a finding of contempt against Samuel L. Jones Jr. and Radio One, Inc. ("Radio One"), in opposition to Jones' motion to vacate or modify the Amended Preliminary Injunction, and in opposition to Radio One's motion to dismiss for lack of personal jurisdiction and to modify the amended preliminary injunction.

2.     The purpose of this declaration is to put before the Court certain documents that provide evidence of the conduct that forms the basis for CBS Radio's motion for contempt and opposition to Jones' and CBS Radio's motions.

3.     On July 24, 2007, Jones appeared on the Tom Joyner Morning Show on Radio One's WMMJ station as "the Celebrity Snitch formerly known as HUGGY LOWDOWN."  A true and correct audio recording of that appearance, recorded in MP3 format from the WMMJ-FM website (http://www.majic1023.com), is attached as Exhibit 1.

4.     On July 26, 2007, Tom Joyner referred to Jones as "the Celebrity Snitch formerly known as hush, hush, hush . . . can't say it."  A true and correct audio recording of that broadcast, recorded in MP3 format from the WMMJ-FM website (http://www.majic1023.com), is attached as Exhibit 2.

5.　　On August 6, 2007, Tom Joyner began to say "HU---," but theatrically stopped short once the first syllable had been enunciated.  He also expressly referred to Jones as "HUGGY."  A true and correct audio recording of that broadcast, recorded in MP3 format from the WMMJ-FM website (http://www.majic1023.com), is attached as Exhibit 3.

6.　　On August 8, 2007, Tom Joyner referred to Jones as "HUGGY" on the air on the Tom Joyner Morning Show.  A true and correct audio recording of that broadcast, recorded in MP3 format from the WMMJ-FM website (http://www.majic1023.com), is attached as Exhibit 4.

7.　　The audio recording of the August 8 broadcast, attached as Exhibit 4, also demonstrates that Radio One continues to promote Jones daily as "Celebrity Snitch, formerly known as [blank]."

8.　　On August 16, Jones referred to Jones' home as the "Hug Shack."  A true and correct audio recording of the August 16 broadcast, recorded in MP3 format from the WMMJ-FM website (http://www.majic1023.com), is attached as Exhibit 5.

9.　　On August 17, Tom Joyner said Jones was broadcasting "live from the Hug Shack" and called him the "Hugster."  Tom Joyner also again referred to Jones as "HU---," but then stopped short after the first syllable.

10.　　On the WMMJ-FM website, Radio One "bleeped" the references to "Hug Shack" and "Hugster" from the August 17 program.  A true and correct audio recording of the August 17 broadcast, recorded in MP3 format from the WMMJ website (http://www.majic1023.com), is attached as Exhibit 6.

3

11.    Radio One also uploads Joyner's program to blackamericaweb.com, a website owned by Reach Media, in which Tom Joyner and Radio One are both partners. There, the August 17 Jones appearance is available in its original, unedited form.  A true and correct audio recording of the August 17 broadcast, recorded in MP3 format from the blackamericaweb.com website (http://www.blackamericaweb.com/site.aspx/tjms/listen/ indexmajic1023.com), is attached as Exhibit 7.

12.    On August 20, 2007, Tom Joyner again referred to the "Hug Shack" and called Jones the "Hugster."  A true and correct audio recording of the August 20, 2007 broadcast is attached as Exhibit 8.

13.    Attached as Exhibit 9 is a true and correct copy of a letter I sent to the Court on July 25, 2007.

14.    Attached as Exhibit 10 is a true and correct screenshot of Radio One's website (http://radio-one.com/about/), demonstrating that Radio One owns Giant Magazine and interests in TV One, LLC ("TV One").

15.    Attached as Exhibit 11 is a true and correct screenshot of TV One's website (http://www.tvoneonline.com/inside_tvone/contactus.asp), demonstrating that TV One maintains a sales office in New York.

16.    Attached as Exhibit 12 is a true and correct screenshot of Giant Magazine's website (http://giantmag.com/ratecard), demonstrating that Giant Magazine is published in New York.

17.    Attached as Exhibit 13 is a true and correct screenshot of Black America Web's website (http://www.blackamericaweb.com/site.aspx/tjms/listen/affiliates#),

demonstrating that the Tom Joyner Morning Show can be heard in Buffalo and Syracuse, New York.

18.     Attached as Exhibit 14 is a true and correct copy of correspondence between me and Mr. Rivera, counsel for Mr. Jones and Radio One, on August 15-22, 2007.

19.     Attached as Exhibit 15 is a true and correct screenshot of the WMMJ website, demonstrating that Radio One is advertising that the Celebrity Snitch "is now on" the Tom Joyner show.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at New York, New York this 23rd day of August 2007.


                                    _____/s/ Bruce P. Keller_____
                                         Bruce P. Keller

# EXHIBITS 1-8

**are audio files on compact discs that cannot be scanned into the ECF system.**

# EXHIBIT 9

DEBEVOISE & PLIMPTON LLP

919 Third Avenue
New York, NY 10022
Tel  212 909 6000
Fax  212 909 6836
www.debevoise.com

July 25, 2007

**BY FACSIMILE**

Hon. Barbara S. Jones
United States District Court
Southern District of New York
U.S. Courthouse
500 Pearl Street, Room 620
New York, New York 10007

### Samuel L. Jones Jr. v. Infinity Broadcasting Corporation of Washington, D.C. n/k/a CBS Radio Inc. of Washington, D.C., 07 Civ. 5693 (BSJ)(AJP)

Dear Judge Jones:

This responds to your July 25, 2007 Order requesting responses to a proposed change to your July 23, 2007 Order.

CBS Radio has no objection to the proposed change unless Jones and Radio One use it as an excuse to attempt to indirectly accomplish what they otherwise are already directly enjoined from doing:

> using the HUGGY LOWDOWN mark in any way in connection with any radio broadcast within the Washington, D.C. Total Survey Area . . . or in the promotion of such broadcast.

Given the conduct of Jones and Radio One to date, CBS Radio is concerned that, in connection with future Celebrity Snitch segments, they may attempt to drive listeners to the WMMJ website, where those listeners will be exposed to a HUGGY LOWDOWN personal appearance promotion that uses the mark. As a practical matter, that will create a promotional link between the broadcast and the mark that will defeat CBS Radio's contractual exclusivity, which is for use of the mark

> on and in connection with radio programs (including internet transmission . . .)

Grimes Decl. Ex. 1, ¶ 1. Jones, of course, promised to honor that exclusivity by agreeing

Hon. Barbara S. Jones                    2                        July 25, 2007

> not to use the Trademark **in any manner** that will conflict
> with the Licensee's exclusive rights of use as defined in
> paragraph 1.

Grimes Decl. Ex. 1, ¶ 2 (emphasis added).

Accordingly, future disputes might be avoided were the proposed clarification to expressly incorporate, through the bolded language below, the concept of indirect, as well as direct, promotions of the radio broadcast in any media seen or heard within the Washington, D.C. market:

> Jones and Radio One, and all those acting in concert or
> participation with them are preliminarily enjoined from
> using the HUGGY LOWDOWN mark in any way in
> connection with any radio broadcast or in the **direct or
> indirect** promotion of such broadcast, **in any media
> whatsoever,** within the Washington, D.C. Total Survey
> Area as defined by the Arbitron ratings service until May
> 26, 2008.

Thank you for your continued attention to this matter.

Respectfully yours,

*Bruce P. K*

Bruce P. Keller

cc:    Stephen Sussman, Esq. (by facsimile)

# EXHIBIT 10



# EXHIBIT 11



an answer or would like to provide a comment, visit our online feedback area.

**TV One Office Locations**

TV One is a national cable/satellite television network with offices located in Silver Spring, Md. (headquarters), New York, Chicago and Los Angeles.

TV One Headquarters
1010 Wayne Avenue
Silver Spring, MD 20910
(301) 755-0400

**For Investor Relations Inquiries:**

Radio One, Inc.
Investor Relations
5900 Princess Garden Parkway
7th Floor
Lanham, MD 20706
IR@radio-one.com

For more information on investor relations, click here.

**For Advertising Inquiries Only:**

**New York**
Advertising Sales
1114 Avenue of the Americas, 20th Floor
New York, New York 10036
(917) 934-1045

**Chicago**
Advertising Sales
180 North Stetson Street, Suite 3250
Chicago, IL 60601
(312) 861-4979

**Los Angeles**
Los Angeles advertising calls should be directed to the Chicago office.

© Copyright 2007 TVOne, LLC

.home  .shows  .schedule  .community  .screening room  .inside tv one  .privacy policy  .terms

# EXHIBIT 12



# EXHIBIT 13



# EXHIBIT 14

## Keller, Bruce P.

| | |
|---|---|
| **From:** | Victor Rivera [Victor.Rivera@lbands.com] |
| **Sent:** | Wednesday, August 15, 2007 12:31 PM |
| **To:** | Keller, Bruce P. |
| **Cc:** | Steve Sussman |
| **Subject:** | Jones v. Infinity |
| **Attachments:** | PROMOCOPY_8_14_071.doc |

Bruce:

I transmit a revised proposed radio promotion for the September 9, 2007 Huggy Lowdown Comedy Throwdown.

To address Judge Jones' primary concern, the "signature line" which you complained of at yesterday's hearing has been removed and replaced by another joke from Mr. Jones' standup routine.

All statements in the promo by Mr. Jones, which I understand are used in his stand-up routine, will be re-recorded by him for use on-air.

Given the time exigencies involved, I would appreciate your client's response at their earliest opportunity.

Victor Rivera Jr.
Lebensfeld Borker Sussman & Sharon LLP

THIS E-MAIL IS INTENDED ONLY FOR THE ADDRESSEE(S) NAMED HEREIN; IT MAY CONTAIN LEGALLY PRIVILEGED AND CONFIDENTIAL INFORMATION. IF YOU ARE NOT ONE OF THE ADDRESSEES OF THIS E-MAIL, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION, REPRODUCTION OR COPYING OF THIS E-MAIL IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS E-MAIL IN ERROR, PLEASE CONTACT THIS FIRM IMMEDIATELY BY RETURN E-MAIL OR BY TELEPHONE AT (212) 594-2030 FOR FURTHER INSTRUCTIONS.

CONFIDENTIALITY NOTICE: This information is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential, and/or exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any dissemination of this information is strictly prohibited. If you have received this information in error, please notify us immediately by telephone and confirm that you have destroyed this information and any copies. Thank you!

Lebensfeld Borker Sussman & Sharon LLP . 140 Broad Street . Red Bank, NJ 07701 . 732.530.4600
2 Penn Plaza - Suite 1980 . New York, NY 10121 . 212.594.2030

<u>PROMO COPY</u>

JONES:    "WHAT'S HAPPENING HOME BOY, HOME SLICE, HOME MADE, HOME
          DEPOT, HOME ALONE IN NEW YORK 2?"

NARRATOR: "D.C., IT'S BACK!  IT'S THE HUGGY LOWDOWN COMEDY THROW
          DOWN FEATURING D.C.'S #1 FUNNY MAN: HUGGY LOWDOWN."

JONES:    "YOU ARE THE BAMMA OF THE WEEK, WEEK, WEEK, WEEK.  YOU
          MIGHT BE A BAMMA IF YOU'RE A SECURITY GUARD AT THE SAME
          SCHOOL YOU GRADUATED FROM."

NARRATOR: " THAT'S RIGHT, IT'S HUGGY LOWDOWN AND FRIENDS WITH TWO
          BIG SHOWS SEPTEMBER 8[TH] AT THE HYATT REGENCY IN CRYSTAL
          CITY ALONG WITH AN AFTER PARTY FEATURING LONNY C FROM
          MAGIC 102.3 AND D.J. 6[TH] SENSE FROM 93 KISS."

JONES:    "THEY'RE DOING A BLACK VERSION OF THE NEW MOVIE HAIR
          SPRAY AND IT'S CALLED ULTRA PERM STARRING REV. AL
          SHARPTON, DON KING AND CONDOLEEZA RICE"

NARRATOR: "COME SEE HUGGY LOWDOWN AND FRIENDS AT THE HUGGY
          LOWDOWN COMEDY THROWDOWN AT THE HYATT REGENCY IN
          CRYSTAL CITY FOR TWO BIG SHOWS ON SEPTEMBER 8 WITH AN
          AFTER PARTY FEATURING LONNY C FROM MAGIC 102.3 AND D.J. 6[TH]
          SENSE FROM 93 KISS."

NARRATOR: "TICKETS ON SALE AT ALL TICKET MASTER LOCATIONS. THIS
          EVENT BROUGHT TO YOU BY THE STAN RICHARDS GROUP."

# DEBEVOISE & PLIMPTON LLP

919 Third Avenue
New York, NY 10022
Tel  212 909 6000
Fax  212 909 6836
www.debevoise.com

August 15, 2007

Victor Rivera, Jr., Esq,
Lebensfeld Borker Sussman & Sharon LLP
Two Penn Plaza
Suite 1980
New York, NY  10121

Dear Victor:

Thank you for the revised promotional copy.  I have forwarded it on for client comment.

In the meantime, however, please recognize that this copy fails to address every one of the objections I detailed in court yesterday, other than the replacement of one signature line associated with Mr. Jones' current Celebrity Snitch broadcasts for what appears at this point to be another.  That is disappointing and may require us to formally lodge those objections in our opposition papers next week unless agreement can be reached.  That is wasteful and regrettable.

Yesterday I also specifically pointed out that the problems with including sound bites from Mr. Jones would not be resolved by "re-record[ing]" this material so that it was derived from a source other than an actual Tom Joyner radio broadcast.  It is the use of any material that recently has been heard on such broadcasts that itself is objectionable.

Although you were not at the preliminary injunction hearing, you may recall that Mr. Sussman offered to have Mr. Jones demonstrate his distinctive HUGGY LOWDOWN voice for Judge Jones.  July 23 Tr. at 33.  Although Judge Jones declined the offer, the point was made.  When that "particular" voice is heard, reciting material recently aired on Tom Joyner broadcasts, a direct link is drawn among that character, that program, WMMJ and Radio One.  The revised copy continues to underscore that link because it purports to promote a HUGGY LOWDOWN personal appearance, using content that is instantly recognizable as Celebrity Snitch material currently being broadcast on WMMJ by Radio One.  Any WMMJ listener immediately will make the connection among HUGGY, the Snitch and WMMJ that the injunction is intended to prohibit.

Victor Rivera, Jr., Esq.                    2                    August 15, 2007

I also explained that the promotion expressly references WMMJ and yet another Radio One station, 93 Kiss. It also identifies by name, well-known on-air talent associated with those stations. This is yet another way in which WMMJ and Radio One are deriving a promotional benefit from the HUGGY LOWDOWN mark.

Although I have yet to hear back from the client, I expect they will identify at least these issues as reasons why this barely revised copy cannot be the basis of an amicable agreement. If your client -- Mr. Jones -- truly wishes to promote only his personal appearance, perhaps you can provide a copy which does that and only that. Despite our continuing concerns over promotions that emphasize the Celebrity Snitch's voice and expressly link it to the HUGGY LOWDOWN mark, we remain open to considering other copy.

Sincerely yours,

Bruce P. K

Bruce P. Keller

# DEBEVOISE & PLIMPTON LLP

919 Third Avenue
New York, NY 10022
Tel  212 909 6000
Fax  212 909 6836
www.debevoise.com

August 16, 2007

Victor Rivera, Jr., Esq.
Lebensfeld Borker Sussman & Sharon LLP
Two Penn Plaza
Suite 1980
New York, NY  10121

## Samuel L. Jones Jr. v. Infinity Broadcasting Corporation of Washington, D.C. n/k/a CBS Radio Inc. of Washington, D.C., 07 Civ. 5693 (BSJ)(AJP)

Dear Victor:

CBS Radio has now reviewed the revised promotional copy you sent yesterday afternoon.  It has the following reactions:

1.    It confirmed that the "Bamma of the Week" excerpt is yet another signature bit that, for about the last 5 years, was a regular feature of HUGGY LOWDOWN's appearances on the Donnie Simpson program.

2.    It confirmed that the "Ultra Perm" excerpt is lifted directly from a Celebrity Snitch segment that recently aired on the Tom Joyner program.

3.    It confirmed that Mr. Jones has plenty of stand-up material, above and beyond that which he has used on-air during the Donnie Simpson or Tom Joyner programs, and that he need not rely on previously broadcast material to advertise a personal appearance.

4.    It confirmed that the voice Jones currently uses on-air as Celebrity Snitch is the same voice he used on the Donnie Simpson program.

5.    It confirmed that Lonny C is on-air talent known to D.C. radio listeners as associated with Radio One's WMMJ (Magic 102.3) and DJ Sixth Sense is similarly associated with Radio One's WKYS (93 Kiss).

Victor Rivera, Jr., Esq.                    2                    August 16, 2007

    Under the circumstances, CBS Radio believes this minimally revised copy continues to draw a direct link from HUGGY to Snitch to Joyner to WMMJ and, finally, to Radio One. That connection, which any WMMJ listener immediately will make, is exactly what the injunction is intended to prohibit.

    If Mr. Jones truly wishes to promote only his personal appearance, and not any of Radio One's D.C. area radio stations, attached is copy which does that and only that.

    Please call me to discuss this.

Sincerely yours,

Bruce P. Keller

Attachment

PROMO COPY

NARRATOR:          D.C., IT'S BACK!  IT'S THE HUGGY LOWDOWN, COMEDY
                   THROW DOWN FEATURING D.C.'S #1 FUNNY MAN
                   HUGGY LOWDOWN.

                   THAT'S RIGHT, HUGGY LOWDOWN AND FRIENDS WILL
                   HAVE TWO BIG SHOWS SEPTEMBER 8TH AT THE HYATT
                   REGENCY IN CRYSTAL CITY PLUS A DANCE PARTY
                   AFTERWARDS, FEATURING LIVE D.J.S FROM YOUR
                   FAVORITE RADIO STATIONS

                   COME SEE THE HUGGY LOWDOWN COMEDY
                   THROWDOWN AT THE HYATT REGENCY IN CRYSTAL
                   CITY.  TWO BIG SHOWS ON SEPTEMBER 8 AND STAY
                   FOR THE LIVE D.J. DANCE PARTY AFTERWARDS

                   TICKETS ON SALE AT ALL TICKET MASTER LOCATIONS.
                   THIS EVENT BROUGHT TO YOU THE STAN RICHARDS
                   GROUP.

## Keller, Bruce P.

**From:** Victor Rivera [Victor.Rivera@lbands.com]
**Sent:** Wednesday, August 22, 2007 6:18 PM
**To:** Keller, Bruce P.
**Cc:** Steve Sussman
**Subject:** RE: Jones v. Infinity

Bruce,

The promoters attempted to work with the material you forwarded, but were unable to come up with a satisfactory format. In consequence, the long-planned Comedy Throwdown at the Hyatt Regency on September 8 has been cancelled.

Victor Rivera Jr.
Lebensfeld Borker Sussman & Sharon LLP

THIS E-MAIL IS INTENDED ONLY FOR THE ADDRESSEE(S) NAMED HEREIN; IT MAY CONTAIN LEGALLY PRIVILEGED AND CONFIDENTIAL INFORMATION. IF YOU ARE NOT ONE OF THE ADDRESSEES OF THIS E-MAIL, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION, REPRODUCTION OR COPYING OF THIS E-MAIL IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS E-MAIL IN ERROR, PLEASE CONTACT THIS FIRM IMMEDIATELY BY RETURN E-MAIL OR BY TELEPHONE AT (212) 594-2030 FOR FURTHER INSTRUCTIONS.

**From:** Keller, Bruce P. [mailto:bpkeller@debevoise.com]
**Sent:** Tuesday, August 21, 2007 6:10 PM
**To:** Victor Rivera
**Cc:** Steve Sussman
**Subject:** Re: Jones v. Infinity

Victor--
We have yet to have any response whatever to the copy we proposed in response to the version attached to your email of August 15.

If there is anything else we need to bring to Judge Jones' attention in our opposition to Mr. Jones' motion, please let me know at once.

----- Original Message -----
From: Victor Rivera <Victor.Rivera@lbands.com>
To: Keller, Bruce P.
Cc: Steve Sussman <Steve.Sussman@lbands.com>
Sent: Wed Aug 15 12:30:45 2007
Subject: Jones v. Infinity

Bruce:

I transmit a revised proposed radio promotion for the September 9, 2007 Huggy Lowdown Comedy Throwdown.

To address Judge Jones' primary concern, the "signature line" which you complained of at yesterday's hearing has been removed and replaced by another joke from Mr. Jones' standup routine.

All statements in the promo by Mr. Jones, which I understand are used in his stand-up routine, will be re-recorded by him for use on-air.

Given the time exigencies involved, I would appreciate your client's response at their earliest opportunity.

Victor Rivera Jr.
Lebensfeld Borker Sussman & Sharon LLP

THIS E-MAIL IS INTENDED ONLY FOR THE ADDRESSEE(S) NAMED HEREIN; IT MAY CONTAIN LEGALLY PRIVILEGED AND CONFIDENTIAL INFORMATION.  IF YOU ARE NOT ONE OF THE ADDRESSEES OF THIS E-MAIL, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION, REPRODUCTION OR COPYING OF THIS E-MAIL IS STRICTLY PROHIBITED.  IF YOU HAVE RECEIVED THIS E-MAIL IN ERROR, PLEASE CONTACT THIS FIRM IMMEDIATELY BY RETURN E-MAIL OR BY TELEPHONE AT (212) 594-2030 FOR FURTHER INSTRUCTIONS.

CONFIDENTIALITY NOTICE:  This information is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential, and/or exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any dissemination of this information is strictly prohibited. If you have received this information in error, please notify us immediately by telephone and confirm that you have destroyed this information and any copies. Thank you!

Lebensfeld Borker Sussman & Sharon LLP . 140 Broad Street . Red Bank, NJ 07701 . 732.530.4600
 2 Penn Plaza - Suite 1980 . New York, NY 10121 . 212.594.2030

CONFIDENTIALITY NOTICE:  This information is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential, and/or exempt from disclosure under applicable law.  If you are not the intended recipient, you are hereby notified that any dissemination of this information is strictly prohibited.  If you have received this information in error, please notify us immediately by telephone and confirm that you have destroyed this information and any copies. Thank you!

Lebensfeld Borker Sussman & Sharon LLP . 140 Broad Street . Red Bank, NJ 07701 . 732.530.4600
2 Penn Plaza - Suite 1980 . New York, NY 10121 . 212.594.2030

**EXHIBIT 15**

