Bruce P. Keller (BK-9300)  
Jeremy Feigelson (JF-4963)  
DEBEVOISE & PLIMPTON LLP  
919 Third Avenue  
New York, New York 10022  
(212) 909-6000  

ELECTRONICALLY FILED

*Attorneys for Defendant, Counterclaimant and Third-Party Plaintiff*
*Infinity Broadcasting Corporation of Washington, D.C. n/k/a*
*CBS Radio Inc. of Washington, D.C.*

UNITED STATES DISTRICT COURT  
SOUTHERN DISTRICT OF NEW YORK  
------------------------------------------------------------------------x  

| | |
|---|---|
| SAMUEL L. JONES JR., | : |
| Plaintiff, | : No. 07 Civ. 5693 (BSJ) (AJP) |
| -against- | : |
| | **CERTIFICATE OF SERVICE** |
| INFINITY BROADCASTING CORPORATION OF WASHINGTON, D.C. n/k/a CBS RADIO INC. OF WASHINGTON, D.C., | : |
| Defendant. | : |

------------------------------------------------------------------------x  

| | |
|---|---|
| INFINITY BROADCASTING CORPORATION OF WASHINGTON, D.C. n/k/a CBS RADIO INC. OF WASHINGTON, D.C., | : |
| Counterclaimant and Third-Party Plaintiff, | : |
| -against- | : |
| SAMUEL L. JONES JR., | : |
| Counterclaim Defendant, and | : |
| RADIO ONE, INC., | : |
| Third-Party Defendant. | x |

2

Marissa M. Grimes, associated with Debevoise & Plimpton LLP, herein certifies:

I am over eighteen (18) years of age. On the 23rd day of August, 2007, I caused copies of the (*i*) Notice of Motion for Finding of Contempt, (*ii*) Memorandum of Law (1) in Support of Motion for Finding of Contempt, (2) in Opposition to Motion to Vacate or Modify Amended Preliminary Injunction and (3) in Opposition to Motion to Dismiss and to Modify Amended Preliminary Injunction, and (*iii*) Declaration of Bruce P. Keller, to be served by electronic filing and by hand delivery upon

> Stephen Sussman, Esq.
> LEBENSFELD BORKER SUSSMAN & SHARON LLP
> 2 Penn Plaza, Suite 1980
> New York, New York 10121
> Tel: (212) 594-2030
> Fax: (212) 594-6875

*Attorneys for Samuel L. Jones Jr. and Radio One, Inc.*

I certify under penalty of perjury that the foregoing in true and correct.

Executed this 23rd day of August, 2007, New York, New York.

             ____/s/ Marissa M. Grimes_____
                Marissa M. Grimes