ELECTRONICALLY FILED

LEBENSFELD BORKER SUSSMAN & SHARON LLP
2 Penn Plaza, Suite 1980
New York, New York 10121
Tel: (212) 594-2030
Fax: (212) 594-6875

Stephen Sussman (SS-1072)
Victor Rivera Jr. (VR-5693)

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
SAMUEL L. JONES JR.,

       Plaintiff,    Civil Action No.
              07 CV 5693 (BSJ/AJP)

    -against-

INFINITY BROADCASTING CORPORATION  CERTIFICATE OF SERVICE
OF WASHINGTON, D.C. n/k/a CBS RADIO INC.
OF WASHINGTON, D.C.,

       Defendant.
------------------------------------------------------------x
------------------------------------------------------------x
INFINITY BROADCASTING CORPORATION
OF WASHINGTON, D.C. n/k/a CBS RADIO INC.
OF WASHINGTON, D.C.,

  Counterclaimant and Third-Party
    Plaintiff,

    -against-

SAMUEL L. JONES JR.,

  Counterclaim Defendant, and

RADIO ONE, INC.,

  Third-Party Defendant.
------------------------------------------------------------x

**JOEL WITTLIN**, a paralegal employed by Lebensfeld, Borker, Sussman & Sharon LLP, attorneys for SAMUEL L. JONES JR., plaintiff herein certifies:

1. I am over eighteen (18) years of age.

2. On the 30th day of August, 2007, I served by electronic transmission, and caused to be served by Hand Delivery, (1) Plaintiff's Reply Brief in Support of his Motion to Vacate or Modify the Restraints in the Amended Preliminary Injunction and (2) Reply Declaration of Everestus Thomas at the following addresses:

> Bruce P. Keller, Esq.
> Debevoise & Plimpton LLP
> 919 Third Avenue
> New York, NY 10022
> E-mail address: bpkeller@debevoise.com

Pursuant to 28 U.S.C. § 1746, I certify under the penalty of perjury that the foregoing is true and correct.

Executed in New York, New York on August 30, 2007.

_____
JOEL WITTLIN