LEBENSFELD BORKER SUSSMAN & SHARON LLP
2 Penn Plaza, Suite 1980
New York, New York 10121
Tel: (212) 594-2030
Fax: (212) 594-6875

Stephen Sussman (SS-1072)
Victor Rivera Jr. (VR-5693)
Attorneys for Third-Party Defendant Radio One, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
SAMUEL L. JONES JR.,                              :
                                                  :
            Plaintiff,                            :
                                                  : Civil Action No.
        -against-                                 : 07 CV 5693 (BSJ/AJP)
                                                  :
INFINITY BROADCASTING CORPORATION OF              : REPLY DECLARATION OF
WASHINGTON, D.C. n/k/a CBS RADIO INC. OF          : LINDA J. VILARDO
WASHINGTON, D.C.,                                 : IN FURTHER SUPPORT OF
                                                  : RADIO ONE, INC.'S
            Defendant.                            : MOTION TO DISMISS
-----------------------------------------------------------------x AND TO MODIFY
-----------------------------------------------------------------x THE AMENDED
INFINITY BROADCASTING CORPORATION                 : PRELIMINARY INJUNCTION
OF WASHINGTON, D.C. n/k/a CBS RADIO INC.          :
OF WASHINGTON, D.C.,                              :
                                                  :
    Counterclaimant and Third-Party               :
        Plaintiff,                                :
                                                  :
        -against-                                 :
                                                  :
SAMUEL L. JONES JR.,                              :
                                                  :
    Counterclaim Defendant, and                   :
                                                  :
RADIO ONE, INC.,                                  :
                                                  :
        Third-Party Defendant.                    :
-----------------------------------------------------------------x

REPLY DECLARATION OF LINDA J. VILARDO

**LINDA J. VILARDO** hereby declares as follows:

1. Since November 2004, I have been the Vice-President and Chief Administrative Officer of Third-Party Defendant Radio One, Inc. ("Radio One").

2. I make this reply declaration to respond to certain allegations made by Third-Party Plaintiff Infinity Broadcasting Corporation of Washington, D.C. n/k/a CBS Radio Inc. of Washington, D.C. ("CBS Radio") in its papers in opposition to Radio One's motions to (A) dismiss the third-party complaint in the above-captioned action as against it on the grounds that there is no personal jurisdiction over Radio One in this Court and (B) modify the Amended Preliminary Injunction issued by the Court on July 27, 2007 to delete any reference therein to Radio One. Except where otherwise stated, I have personal knowledge of the facts set forth below.

3. First, contrary to CBS Radio's statements, the Tom Joyner Morning Show ("TJMS") is not owned by Radio One; nor does it routinely broadcast out of Radio One's WMMJ radio station in Washington, D.C. Rather, TJMS is owned, operated and syndicated by Reach Media, Inc. ("Reach"), a Delaware corporation with its principal offices in Dallas, Texas, and is broadcast to over 100 media markets out of those Texas offices. TJMS is carried by WMMJ pursuant to a syndication agreement between Radio One and Reach.

4. Reach also is the owner of blackamericaweb.com, a website which simulcasts TJMS over the Internet. Upon information and belief, Reach is solely responsible for the daily content made available on the website.

5. Although Radio One owns a 51% stock interest in Reach, Reach has its own separate employees, offices, bank accounts and board of directors, and Radio One is not responsible for Reach's day-to-day operations.

1

6. Upon information and belief, TJMS is available in New York through Reach's syndication agreements with WBLK (Buffalo, New York) and WPHR (Syracuse). WBLK and WPHR are not Radio One stations and Radio One was not involved in Reach's decision to syndicate TJMS to those stations.

7. Radio One also has invested in TV One, LLC ("TV One"), a Delaware limited liability corporation with a principal place of business in Maryland, which has a sales office in New York. As with Reach, although Radio One is an investor in TV One, TV One has its own separate employees, offices, bank accounts and board of directors, and Radio One is not responsibile for TV One's day-to-day operations.

8. Radio One also owns Magazine One, Inc. ("Magazine One"), a Delaware corporation with offices in New York, whose primary business is to publish GIANT Magazine. As with Reach and TV One, Magazine One has its own separate employees, offices, bank accounts and board of directors, and Radio One is not responsible for Magazine One's day-to-day operations.

9. I reiterate that Radio One does not have an office in New York, owns no property in New York, has no bank accounts in New York, has no employees in New York and is not licensed to do business in New York. Moreover, I reiterate that Radio One has no radio stations in New York and the broadcast signal of Radio One cannot reach New York.

10. Radio One's other contacts with New York were detailed in my prior certification and need not be restated here, especially insofar as they were not contested by CBS Radio.

2

I declare under penalty of perjury that the foregoing is true and correct.

Executed under penalty of perjury at Lanham, Maryland, on August 30th, 2007.

_____
LINDA J. VILARDO