ELECTRONICALLY FILED

**LEBENSFELD BORKER SUSSMAN & SHARON LLP**
2 Penn Plaza, Suite 1980
New York, New York 10121
Tel: (212) 594-2030
Fax: (212) 594-6875

Stephen Sussman (SS-1072)
Victor Rivera Jr. (VR-5693)

*Attorneys for Third-Party Defendant*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
SAMUEL L. JONES JR.,                                          :
                                                              :   Civil Action No.
                     Plaintiff,                               :   07 CV 5693 (BSJ/AJP)
                                                              :
         -against-                                            :
                                                              :
INFINITY BROADCASTING CORPORATION :                              **CERTIFICATE OF SERVICE**
OF WASHINGTON, D.C. n/k/a CBS RADIO INC.:
OF WASHINGTON, D.C.,                                          :
                                                              :
                     Defendant.                               :
-----------------------------------------------------------------x
-----------------------------------------------------------------x
INFINITY BROADCASTING CORPORATION :
OF WASHINGTON, D.C. n/k/a CBS RADIO INC.:
OF WASHINGTON, D.C.,                                          :
                                                              :
         Counterclaimant and Third-Party                      :
                     Plaintiff,                               :
                                                              :
         -against-                                            :
                                                              :
SAMUEL L. JONES JR.,                                          :
                                                              :
         Counterclaim Defendant, and                          :
                                                              :
RADIO ONE, INC.,                                              :
                                                              :
                     Third-Party Defendant.                   :
-----------------------------------------------------------------x

**JOEL WITTLIN**, a paralegal employed by Lebensfeld, Borker, Sussman & Sharon LLP, attorneys for RADIO ONE, INC., third-party defendant herein, appearing specially herein, certifies:

1. I am over eighteen (18) years of age.

2. On the 30th day of August, 2007, I served by electronic transmission, and caused to be served by Hand Delivery, (1) Reply Memorandum of Law in Further Support of Radio One's, Inc.'s Motion to Dismiss for Lack of Personal Jurisdiction and to Modify the Amended Preliminary Injunction and (2) Reply Declaration of Linda J. Vilardo in Further Support of Radio One, Inc.'s Motion to Dismiss and to Modify the Amended Preliminary Injunction at the following addresses:

> Bruce P. Keller, Esq.
> Debevoise & Plimpton LLP
> 919 Third Avenue
> New York, NY 10022
> E-mail address: bpkeller@debevoise.com

Pursuant to 28 U.S.C. § 1746, I certify under the penalty of perjury that the foregoing is true and correct.

Executed in New York, New York on August 30, 2007.

*/s/ Joel Wittlin*
JOEL WITTLIN