# Exhibit A

Case 1:07-cv-05693-BSJ-AJP    Document 57-2    Filed 09/07/2007    Page 1 of 3

-----Original Message-----
From: Linda Vilardo
Sent: Wednesday, August 08, 2007 7:45 PM
To: 'slerman@lsl-law.com'
Subject: Re: Jones/Radio One/CBS Radio

Steve:

I appreciate you bringing this to my attention.  I will personally see that the message gets communicated to the folks on the Joyner show. I can assure you that we have instructed folks on the show not to use "Huggy".  But there are lots of layers between the legal folks and those on air.

Linda
------------------------
Sent from my BlackBerry Wireless Handheld

-----Original Message-----
From: Steven A. Lerman <slerman@lsl-law.com>
To: Linda Vilardo
Sent: Wed Aug 08 19:05:45 2007
Subject: FW: Jones/Radio One/CBS Radio

I am trying to remain my mild mannered self about all this and have directed Bruce not to seek a contempt citation for the moment, but I am having uncharacteristic difficulty

1

remaining calm and restrained. Help.

---

From: Keller, Bruce P. [mailto:bpkeller@debevoise.com]
Sent: Wednesday, August 08, 2007 6:38 PM
To: Steve Sussman
Cc: naomi.waltman@cbs.com; Steven A. Lerman; Linda D. Feldmann
Subject: RE: Jones/Radio One/CBS Radio


Steve--We have a more serious problem to address than even the personal appearance ads for Mr. Jones. I am bringing it to your attention because Radio One has yet to notify us who, besides you, is attending to their interests in this case. In today's broadcast, Tom Joyner referred to "Huggy" after Jones hung up. Joyner and the other DJ's were still laughing and making comments about Jones' summary of Barry Bond's home run hit.

Joyner took a breath, then sighed, and said "Huggy, Huggy, Hug - I mean Celebrity Snitch formerly known as."

This isn't even a close call--it is contempt pure and simple. Unless Radio One intends to settle this case at once, there is no ambiguity or limbo effect to our reservation of rights to bring this issue, along with our views on the ads you described, to Judge Jones' attention. Please let me know at once how Radio One wishes to proceed.