# Exhibit B

**From:** KB
**Sent:** Monday, July 23, 2007 10:08 PM
**To:** Michelle Martin; Algernon Grant; Chris Harris; Calvin Lewis
**Cc:** Tobi Davis; Jack Murray; Mary Egan; Ezio Torres; Thomasina Fowler
**Subject:** "Celebrity Snitch"/Huggy Low Down

Good Evening,

Effective immediately, we will refer to "Huggy Low Down" as the "Celebrity Snitch". The segment will remain on the air Monday-Friday,
At 6:40am, and 8:40am. You will continue to hear his voice on the air, but no reference to him name will be used. Please make sure
All necessary drops, promos and sweepers are taken of the air asap. kb

Kathy Brown
Operations Manager
Radio One, DC
WMMJ FM  WKYS FM  WPRS FM

**From:** KB
**Sent:** Monday, July 23, 2007 10:42 PM
**To:** Jay Stevens; Zemira Jones
**Cc:** Michele Williams
**Subject:** FW: "Celebrity Snitch"/Huggy Low Down

Gentlemen,

I have immediately pulled all promos, drops and sweepers off the air using Huggy Low Down's name. I have forwarded new drops for Tom Joyner to cut in the AM, and to our voice guy Bill Travis to also voice. Starting 2morrow morning, Huggy will be referred to as the "Celebrity Snitch".

Tom and The "Celebrity Snitch", will reveal why he has the "Celebrity Snitch" name. The feature will remain at 6:40am (the reply) and at 8:40am respectively. The remainder of the week Tom only, will refer to Huggy as "Celebrity Snitch" formerly known as Huggy.

April 24th 2008(Spring Book) we will be able to return on the air as Huggy Low Down, unless otherwise notified by legal.

We will also remove Huggy's name from the website by 12 noon.

If you can think of any other elements I may have forgotten, please let me know. kb

**From:** KB
**Sent:** Monday, July 23, 2007 10:44 PM
**To:** Michael Edmond
**Cc:** Chris Harris
**Subject:** Huggy

Please change Huggy's name to "Celebrity Snitch" on the website immediately.  His voice can appear on the web, but not his name.  Thank you. kb

**Kathy Brown**
Operations Manager
Radio One, DC
WMMJ FM  WKYS FM  WPRS FM