# Exhibit C

| | |
|---|---|
| From: | KB |
| Sent: | Tuesday, July 24, 2007 12:06 PM |
| To: | Sundria Lake |
| Subject: | RE: Huggy Followup |

We removed the Huggy off the website this morning at 6:40am. I will make sure that we stick to "Celebrity Snitch".kb

1

| | |
|---|---|
| **From:** | KB |
| **Sent:** | Tuesday, July 24, 2007 3:29 PM |
| **To:** | hector.hannibal@reachmediainc.com; Oscar Joyner; Tanita Myers |
| **Cc:** | Michele Williams; Sundria Lake; Jay Stevens |
| **Subject:** | Celebrity Snitch |

Good Afternoon,

Can you please make sure that Tom Joyner refers to Huggy as the "Celebrity Snitch" NOT as HUGGY. We can not air his name in DC.
We will let you know when we receive clearance to return to HUGGY. Thanks .kb


**Kathy Brown**
Operations Manager
Radio One, DC
WMMJ FM  WKYS FM  WPRS FM

| | |
|---|---|
| From: | Tanita Myers [Tanita.Myers@reachmediainc.com] |
| Sent: | Tuesday, July 24, 2007 10:27 PM |
| To: | KB; Hector Hannibal; Oscar Joyner |
| Cc: | Michele Williams; Sundria Lake; Jay Stevens |
| Subject: | RE: Celebrity Snitch |

I have placed a reminder in the TJMS studio ... so we should be good.

Enjoy the balance of your day
tanita
*Director of Radio Operations*
REACH Media, Inc.
Tom Joyner Morning Show
972-371-5880 (direct)
tanita.myers@reachmediainc.com
* **SAVE THE DATE!** *Tom Joyner's Take A Loved One To The Doctor Day* is September 18th.