# Exhibit D

**From:** Sundria Lake
**Sent:** Wednesday, August 08, 2007 9:07 AM
**To:** 'Tanita Myers'; 'Hector Hannibal'; Oscar Joyner
**Cc:** Michele Williams; Jay Stevens; KB; Linda Vilardo
**Subject:** RE: Celebrity Snitch

As a reminder, please ensure that Tom refrains from referring to Sam as "Huggy" until further notice. Thanks.

Sun


Sundria R. Lake
Associate General Counsel
Radio One, Inc.
5900 Princess Garden Parkway
Legal Department – 5th Floor
Lanham, Maryland  20706
(301) 429-4636 (direct)
(301) 306-9638 (fax)
slake@radio-one.com

| | |
|---|---|
| From: | KB |
| Sent: | Thursday, August 09, 2007 8:31 AM |
| To: | Sundria Lake; Michele Williams |
| Cc: | Linda Vilardo; Mike Plantamura |
| Subject: | RE: 8-8-07 Broadcast |

We removed the Huggy reference that Tom Joyner made on the show nationally. I have spoken with Reach Media
regarding Tom's mistake of using Huggy's name on the air, this morning. They have addressed it, and will continue to reiterate it again to Tom this morning.

Today Thursday and Friday, we will air the best of Huggy Low Down on Majic. Huggy's dad passed away yesterday,
and he will be out the next two days.

Reach Media and I will discuss our plan to for next week today.

kb