# Exhibit E

Case 1:07-cv-05693-BSJ-AJP   Document 58-5   Filed 09/07/2007   Page 1 of 2

-----Original Message-----
From: Oscar Joyner [mailto:Oscar.Joyner@reachmediainc.com]
Sent: Tuesday, August 28, 2007 6:20 PM
To: Michele Williams
Cc: Linda Vilardo; Hector Hannibal
Subject: Huggy on TJMS

Hi Michelle, I spoke with Dad and he says he has not mentioned Huggy by name (or any derivations thereof) in at least 2 weeks.  He will continue to simply refer to him as "The Celebrity Snitch" from now on.

Thanks,

Oscar

1