ELECTRONICALLY FILED

LEBENSFELD BORKER SUSSMAN & SHARON LLP
2 Penn Plaza, Suite 1980
New York, New York 10121
Tel: (212) 594-2030
Fax: (212) 594-6875

Stephen Sussman (SS-1072)
Victor Rivera Jr. (VR-5693)

*Attorneys for Plaintiff, Samuel L. Jones Jr., and
Third-Party Defendant, Radio One, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
SAMUEL L. JONES JR.,                              :
                                                  :    Civil Action No.
                          Plaintiff,              :    07 CV 5693 (BSJ/AJP)
                                                  :
            -against-                             :
                                                  :
INFINITY BROADCASTING CORPORATION                 :    **CERTIFICATE OF SERVICE**
OF WASHINGTON, D.C. n/k/a CBS RADIO INC.          :
OF WASHINGTON, D.C.,                              :
                                                  :
                          Defendant.              :
-----------------------------------------------------------------x
-----------------------------------------------------------------x
INFINITY BROADCASTING CORPORATION                 :
OF WASHINGTON, D.C. n/k/a CBS RADIO INC.          :
OF WASHINGTON, D.C.,                              :
                                                  :
      Counterclaimant and Third-Party             :
            Plaintiff,                            :
                                                  :
            -against-                             :
                                                  :
SAMUEL L. JONES JR.,                              :
                                                  :
      Counterclaim Defendant, and                 :
                                                  :
RADIO ONE, INC.,                                  :
                                                  :
      Third-Party Defendant.                      :
-----------------------------------------------------------------x

JOEL WITTLIN, a paralegal employed by Lebensfeld, Borker, Sussman & Sharon LLP, attorneys for SAMUEL L. JONES JR., plaintiff, and RADIO ONE, INC., third-party defendant herein, appearing specially herein, certifies:

1. I am over eighteen (18) years of age.

2. On the 7th day of September, 2007, I served by electronic transmission, and caused to be served by Hand Delivery, (1) Memorandum of Law in Opposition to CBS Radio's Motion to Enter an Order of Contempt, (2) Declaration of Linda J. Vilardo in Opposition to CBS Radio's Motion to Enter an Order of Contempt, (3) Declaration of Michele Williams in Opposition to CBS Radio's Motion to Enter an Order of Contempt and (4) Certificate of Service at the following addresses:

Bruce P. Keller, Esq.
Debevoise & Plimpton LLP
919 Third Avenue
New York, NY 10022
E-mail address: bpkeller@debevoise.com

Pursuant to 28 U.S.C. § 1746, I certify under the penalty of perjury that the foregoing is true and correct.

Executed in New York, New York on September 7, 2007.

_____
JOEL WITTLIN