# LEBENSFELD BORKER SUSSMAN & SHARON LLP

ATTORNEYS AT LAW
TWO PENN PLAZA
SUITE 1980
NEW YORK, NEW YORK 10121
(212) 594-2030

FAX NOS. (212) 594-6875
(212) 594-6346
E-MAIL LBS@lbands.com

September 20, 2007

VICTOR RIVERA JR.
Victor.Rivera@lbands.com

OF COUNSEL

NEW JERSEY OFFICE
140 BROAD STREET
RED BANK, NJ 07701
(732) 530-4600

FAX NOS. (732) 530-4601

(732) 530-4334

**VIA TELECOPIER**

Hon. Barbara S. Jones, U.S.D.J.
United States District Court
 Southern District of New York
U.S. Courthouse
500 Pearl Street - Room 1370
New York, New York 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/26/07

Re: **Jones v. Infinity Broadcasting Corp.,
S.D.N.Y Docket No. 07 CIV. 5693 (BSJ/AJP)**

Dear Judge Jones:

I would like to inform Your Honor that the parties have reached an agreement in principle on the material terms of a settlement in the above-referenced case. Although it may take some time to arrive at a mutually acceptable settlement document, given the three motions presently *sub judice*, I thought it appropriate to advise Your Honor of the foregoing.

Respectfully,

Victor Rivera Jr. (VR-5693)

cc: Bruce P. Keller, Esq. (Via Fax)

*The parties are directed to update the Court of the status of settlement negotiations on or before October 25, 2007. A stipulation of discontinuance will satisfy this requirement.*

C:\Documents and Settings\anyone\My Documents\Work\Radio One\Correspondence\2007\Hon. Barbara S. Jones-2.doc

SO ORDERED
Dated: 9/26/07

Barbara S. Jones
BARBARA S. JONES
U.S.D.J.